**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Middle Georgia Vascular Surgery Center L.L.C.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3405917** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1025 N. Houston Road**<br>**Warner Robins, GA 31093**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Houston**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Middle Georgia Vascular Surgery Center L.L.C.**                    Case number (*if known*) _____
                   Name

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Middle Georgia Vascular Surgery Center L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **Allison Belinda Burkett** | Relationship | **Insider/Affiliate** |
|---|---|---|---|---|
| | District | **Middle** | When **7/01/26** | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

  Contact name _____

  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Middle Georgia Vascular Surgery Center L.L.C.**                    Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 1, 2026**
MM / DD / YYYY

**X** **/s/ Allison B. Burkett**                         **Allison B. Burkett**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ David L. Bury, Jr.**                         Date **July 1, 2026**
Signature of attorney for debtor                        MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**      Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

---

**RESOLUTION OF THE SOLE MEMBER AND MANAGER
OF
MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.**

The following action was taken by the Sole Member and Manager of Middle Georgia Vascular Surgery Center L.L.C. (the "**Company**"), by this written consent to said action signed by the Sole Member and Manager of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believes that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and

That **Allison B. Burkett, M.D.**, as the Company's Manager, is hereby authorized to take such actions and to execute such instruments and documents as, in her sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: June 30, 2026.

**SOLE MEMBER AND MANAGER**

ALLISON B. BURKETT, M.D.

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\Middle Georgia Vascular Surgery Center v. Ch. 11\Petition\Consent Minutes - Middle Georgia Vascular Surgery Center L.L.C. (06.11.26).doc

**Fill in this information to identify the case:**

Debtor name      **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF GEORGIA

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  1, 2026**                 *X* **/s/ Allison B. Burkett**
                                                    Signature of individual signing on behalf of debtor

                                                    **Allison B. Burkett**
                                                    Printed name

                                                    **Manager**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Wound Care LLC a/k/a WoundGenex 550 W Baseline Rd. - Ste. 102-416 Mesa, AZ 85210-6031** | | **Trade Debt** | **Unliquidated Disputed** | | | **$235,100.00** |
| **American Vascular Associates 3001 Palm Harbor Blvd - Ste. A Palm Harbor, FL 34683** | | **Trade Debt** | | | | **$272,765.44** |
| **Balboa Capital Corporation P.O. Box 844803 Los Angeles, CA 90084-4803** | | **Trade Debt** | | **$137,660.64** | **$0.00** | **$137,660.64** |
| **Balboa Capital Corporation P.O. Box 844803 Los Angeles, CA 90084-4803** | | **Trade Debt** | | **$99,284.98** | **$0.00** | **$99,284.98** |
| **Boston Scientific Corporation P.O. Box 786205 Philadelphia, PA 19178-6205** | | **Trade Debt** | | | | **$120,027.84** |
| **Flamingo Medical Services, LLC 1025 N. Houston Rd. Warner Robins, GA 31093** | | **Trade Debt** | | | | **$7,000.00** |
| **Integris Assurance Company P.O. Box 875 Brattleboro, VT 05302-0875** | | **Trade Debt** | | | | **$5,573.00** |

Debtor   **Middle Georgia Vascular Surgery Center L.L.C.**                    Case number *(if known)*   _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Martin Snow, LLP 4025 Vineville Ave. Macon, GA 31210** | | **Trade Debt** | | | | **$8,050.00** |
| **Medline Industries, LP Dept Ch 14400 Palatine, IL 60055-4400** | | **Trade Debt** | | | | **$5,123.12** |
| **Medtronic USA Inc P.O. Box 409201 Atlanta, GA 30384-9201** | | **Trade Debt** | | | | **$23,089.70** |
| **MMP Capital, LLC 19 Engineers Ln. Farmingdale, NY 11735** | | **UCC on Emsculpt Neo Workstation (S/N ***4202)** | | **$196,092.97** | **$0.00** | **$196,092.97** |
| **New Lane Finance 123 S. Broad St. 17th Floor Philadelphia, PA 19109** | | **Trade Debt** | | **$141,629.73** | **$0.00** | **$141,629.73** |
| **North Mill Equipment Finance LLC 601 Merrit 7 - Ste. 5 Norwalk, CT 06851** | | **Trade Debt** | | **$196,092.97** | **$0.00** | **$196,092.97** |
| **Organogenesis Inc. 150 Dan Rd. Canton, MA 02021** | | **Trade Debt** | | | | **$1,094,565.00** |
| **Philips Healthcare P.O. Box 100355 Atlanta, GA 30384-0355** | | **Trade Debt** | | **$90,094.01** | **$0.00** | **$90,094.01** |
| **Philips Healthcare P.O. Box 100355 Atlanta, GA 30384-0355** | | **Trade Debt** | | **$39,060.00** | **$0.00** | **$39,060.00** |
| **Stearns Bank Equipment Finance P.O. Box 327 Albany, MN 56307-0327** | | **UCC on Samsung V7 Ultrasound System** | | **$38,471.53** | **$0.00** | **$38,471.53** |
| **Truist Financial Corporation P.O. Box 791622 Baltimore, MD 21279-1622** | | **Trade Debt** | | | | **$10,470.99** |
| **Truist Financial Corporation P.O. Box 791622 Baltimore, MD 21279-1622** | | **Trade Debt** | | | | **$237,150.17** |

Debtor   **Middle Georgia Vascular Surgery Center L.L.C.**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Financial Corporation P.O. Box 580050 Charlotte, NC 28258-0050** | | **Trade Debt** | | | | **$105,981.25** |

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Middle Georgia Vascular Surgery Center L.L.C.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allison B. Burkett**<br>**207 Twisted Laurel Lane**<br>**Bonaire, GA 31005** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  1, 2026**

Signature   **/s/ Allison B. Burkett**

**Allison B. Burkett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Middle Georgia Vascular Surgery Center L.L.C.**                    Case No.   _____
                                    Debtor(s)          Chapter    **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **July  1, 2026**                        **/s/ Allison B. Burkett**
                                 **Allison B. Burkett**/**Manager**
                                 Signer/Title

Abbott Laboratories
22400 Network Pl.
Chicago IL 60673-1224

Acutane, Inc.
3800 N Lamar Blvd - Ste. 220
Austin TX 78756

Adobe, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington DE 19808

ADT Security
P.O. Box 371490
Pittsburgh PA 15250-7490

Advanced Wound Care LLC
a/k/a WoundGenex
550 W Baseline Rd. - Ste. 102-416
Mesa AZ 85210-6031

Aflac Incorporated
1932 Wynnton Rd.
Columbus GA 31999-0001

Airgas USA, LLC
P.O. Box 734672
Dallas TX 75373-4672

Alexa Internet
80 State St.
Albany NY 12207

Allison B. Burkett
207 Twisted Laurel Lane
Bonaire GA 31005

Allison Burkett
207 Twisted Laurel Lane
Bonaire GA 31005

Amazon.com, Inc.
P.O. Box 81226
Seattle WA 98108-1226

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor FL 34683

Ameris Bank
575 Anton Blvd. FL 12
Costa Mesa CA 92626

Arrow Exterminators
P.O. Box 26178
Macon GA 31221-6178

Balboa Capital Corporation
P.O. Box 844803
Los Angeles CA 90084-4803

BMW Bank of North America
P.O. Box 78066
Phoenix AZ 85062-8066

Boston Scientific Corporation
P.O. Box 786205
Philadelphia PA 19178-6205

C T Corporation System
o/b/o Middle Georgia Vascular
330 N. Brand Blvd., Suite 700
Attn. SPRS
Glendale CA 91203

Canva US, Inc.
3212 E. Cesar Chavez St.
Building 1 -Suite 1300
Austin TX 78702

Central Georgia Health Network
777 Hemlock St.
Msc 98
Macon GA 31201-2102

Choice Insurance Services
615 S. Houston Lake Rd. - Ste. 100
Warner Robins GA 31088-9503

City of Warner Robins
P.O. Box 8659
Warner Robins GA 31095-8659

Cloudable LLC
P.O. Box 911
Fortson GA 31808-0911

Cordis US Corp
P.O. Box 748602
Atlanta GA 30374-8602

Core Sound Imaging Inc
5510 Six Forks Rd. - Ste. 200
Raleigh NC 27609-8620

Courtney Ates
3664 Bayne Street
Macon GA 31204

Cox Communications, Inc
P.O. Box 919367
Dallas TX 75391-9367

Decision HR
11101 Roosevelt Blvd. N
Saint Petersburg FL 33716

Discover Credit Card
P.O. Box 30939
Salt Lake City UT 84130

EClinicalWorks, LLC
2 Technology Dr.
Westborough MA 01581-1727

Every Season Landscaping
125 Autumn Woods Dr.
Warner Robins GA 31088-6711

Fire Protection Services, LLC
2030 Powers Ferry Rd. - Ste. 100
Atlanta GA 30339

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins GA 31093

Flint Electric Membership Corporation
P.O. Box 70878
Charlotte NC 28272-0878

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

Global Payments Inc.
3550 Lenox Road
Atlanta GA 30326

Globe Life Inc.
3700 South Stonebridge Dr.
McKinney TX 75070

Houston County Tax Commissioner
c/o Hon. Mark Kushinka, Tax Commissioner
202 Carl Vinson Parkway
Warner Robins GA 31088

Imaging Physics LLC
227 Sandy Springs Pl. - Ste. D-300
Sandy Springs GA 30328-5918

Inbox Health Corp
470 James St. - Ste. 001
New Haven CT 06513

Integris Assurance Company
P.O. Box 875
Brattleboro VT 05302-0875

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Intuit Inc.
2632 Marine Way
MS2700
Mountain View CA 94039

Jennifer Nash
115 Thomas Ct
Kathleen GA 31047

LabCorp
531 South Spring Street Burlington
Burlington NC 27215

Madison Williams
101 Bella Ct
Kathleen GA 31047

Martin Snow, LLP
4025 Vineville Ave.
Macon GA 31210

Mason Accounting & Consulting Services
888 SE 3rd Ave. - Ste. 102
Ft Lauderdale FL 33316

Massachusetts Mutual Life Insurance Comp
Box 371368
Pittsburgh PA 15250-7368

McKessen Medical Surgical
P.O. Box 660266
Dallas TX 75266-0266

Medline Industries, LP
Dept Ch 14400
Palatine IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta GA 30384-9201

Merit Medical Systems, Inc
P.O. Box 204842
Dallas TX 75320-4842

Michelle Bloodworth
403 Wrasling Way
Bonaire GA 31005

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-6399

MMP Capital, LLC
19 Engineers Ln.
Farmingdale NY 11735

Net2Phone Global Services, LLP
520 Broad St.
Newark NJ 07102

New Lane Finance
123 S. Broad St.
17th Floor
Philadelphia PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne PA 19087

Purcor Pest Solutions
P.O. Box 600607
Jacksonville FL 32260

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614

Robert Zanders
76 Duke Ln.
Kathleen GA 31047

Robins Regional Chamber
1228 Watson Blvd.
Warner Robins GA 31093

Shred Monster
P.O. Box 26148
Macon GA 31221

Southeast Physics Associates
3010 Gadsden St.
Alpharetta GA 30022

Stearns Bank Equipment Finance
P.O. Box 327
Albany MN 56307-0327

Stericycle Inc
28883 Network Pl.
Chicago IL 60673-1288

Stericycle, Inc.
2355 Waukegan Rd.
Bannockbum IL 60015

Taylor Phagan
101 Azalea Ave
Bonaire GA 31005

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

Verizon Wireless
P.O. Box 408
Newark NJ 07101-0408

Waystar, Inc.
715 Peachtree St. NE - Ste. 900
Atlanta GA 30308

Xerox Business Solutions
P.O. Box 932893
Atlanta GA 31193-2893

```
Zelis Healthcare, LLC
2 Crossroads Dr.
Bedminster NJ 07921-1562
```

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Middle Georgia Vascular Surgery Center L.L.C.**
                                                    Debtor(s)

Case No.
Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Middle Georgia Vascular Surgery Center L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2026**

Date

**/s/ David L. Bury, Jr.**

**David L. Bury, Jr. 133066**

Signature of Attorney or Litigant
Counsel for   **Middle Georgia Vascular Surgery Center L.L.C.**

**Stone & Baxter, LLP**

**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**