**UNITED STATES BANKRUPTCY COURT**
Middle District of Georgia
433 Cherry Street
P.O. Box 1957
Macon, GA 31202
Telephone number: (478) 752−3506

In re:
Middle Georgia Vascular Surgery Center L.L.C.

Debtor(s)

Case No. 26−51113−RMM

☐ AMENDED

**Notice of Deficient Filing**

Federal Rule of Bankruptcy Procedure 1007(b), as well as Rule 3015(b), lists the items to be filed in a bankruptcy case. The required documents identified below have not been filed. Failure to file these documents as required by the Federal Rules of Bankruptcy Procedure may result in your case being dismissed. **If you do not want your case dismissed, you must file these documents <u>or</u> request a hearing before the court to show why you should not be required to file these documents. If the documents are not filed or a hearing is not requested within 14 days of the date of this notice, your case may be dismissed by the court without further notice or hearing.**

☐ Chapter 13 Plan (Local Form)
☐ List of Creditors (Rule 1007) (Due within 48 Hours)
☐ Certification of Creditor Matrix (List of Creditors) (LBR 1007−2(c)) (Local Form)
☐ Statement of Social Security Number/Tax ID − B121 (Indv filings only) (Rule 1007(f)) (Due within 48 Hours)
☐ Certificate of Credit Counseling (Indv only)
☐ Schedules A−J (or the individual schedules listed below:)
(Sch C, I, J and J2 do NOT apply to non−indv) (B106 A/B − B106 J2 Indv; B206 A/B − B206 H Non−Indv)
☑ A/B ☐ C ☑ D ☑ E/F ☑ G ☑ H ☐ I ☐ J ☐ J−2
☑ Summary of Assets and Liabilities (B106 Sum − Indv; B206 Sum − Non Indv)
☐ Declaration re: Schedules (B106 Dec Indv; B202 Dec Non Indv)
☑ Statement of Financial Affairs (B107 Indv; B207 Non Indv)
☐ Chapter 7 Statement of Your Current Monthly Income (B122A−1 Indv only)
☐ Chapter 7 Means Test Calculation (B122A−2 Indv only)
☐ Chapter 11 Statement of Your Current Monthly Income (B122B Indv only) (Not required for Subchapter V)
☐ Chapter 13 Statement of Your Current Monthly Income and Calc of Commitment Period (B122C−1 Indv only)
☐ Chapter 13 Calculation of Your Disposable Income (B122C−2 Indv only)
☑ Attorney's Disclosure Statement (B2030)
☐ Corporate Ownership Statement
☐ 20 Largest Unsecured Creditors − Ch 11 only (B104 Indv; B204 Non Indv)
☐ Attachment to Voluntary Petition for Non−Individuals Filing for Bankruptcy under Ch 11
(B201A Non Indv only and if applicable; see question 8 of the B201)
☐ Equity Security Holders Listing (Ch 11 Non Indv only)
☐ Balance Sheet (Ch. 11 Small Business or Subchapter V only)
☐ Statement of Operations (Ch. 11 Small Business or Subchapter V only)
☐ Cash Flow Statement (Ch. 11 Small Business or Subchapter V only)
☐ Income Tax Return (Ch. 11 Small Business or Subchapter V only)
☐ Employee Income Records (payment advices from the last 60 days) (Indv only)

- ☐ Copy of ID and Two Contact Telephone Numbers required to be filed by Pro Se debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention (B108 Indv only)
  (DUE WITHIN 30 DAYS FROM THE DATE OF THE FILING OF PETITION)

Kyle George, Clerk

Date: 7/2/26

By: Alisha Smith, Deputy Clerk