**SO ORDERED.**

**SIGNED this 2 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER AND NOTICE GRANTING DEBTOR'S**
**MOTION FOR EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS**

The *Motion for Expedited Hearing on Debtor's First Day Motions* (Dkt. 7) (the "**Motion**") having been presented to the Court, and it appearing therefrom and from the certification of counsel that a bona fide emergency exists, and that there is insufficient time to give advance notice to creditors and parties-in-interest beyond that specified in this Order; and the notice required in this Order is adequate under the circumstances and complies with the requirements of 11 U.S.C. § 102; it is accordingly

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that an expedited hearing on the following motions:

(i) *Debtor's Motion for an Order Limiting Notice and Establishing Notice Procedures* (Dkt. 2);

(ii) *Motion for Interim and Final Orders (A) Authorizing the Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (B) Requesting an Expedited Interim Hearing Thereon; and (C) Scheduling a Final Hearing on the Valuation and Use of Cash Collateral* (Dkt. 3);

(iii) *Motion of Debtor for Order (I) Authorizing Continued Use of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, and (III) Granting an Interim Waiver of Investment and Deposit Requirements* (Dkt. 4);

(iv) *Motion for Order Authorizing Payment of Wages, Salaries, and Other Employee Benefits and Payment of Related Taxes and Withholdings* (Dkt. 5); and

(v) *Debtor's Motion for Entry of an order (A) Authorizing Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* (Dkt. 6)

shall be held **in person** on **JULY 9, 2026 AT 11:00 A.M.** at the U.S. Bankruptcy Court for the Middle District of Georgia, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.

FURTHER ORDERED that Debtor shall, **ON JULY 2, 2026**, serve a copy of this Order and copies of the above-described First Day Motions (i) via email on the Office of the United States Trustee and all parties who have filed a notice of appearance in this case; (ii) via U.S. Mail on any named Respondents in the above-named Motions (except that service on Respondents by email shall be acceptable substitute service if an email address is available); and (iii) via U.S. Mail on all other creditors with positive claim amounts on the Debtor's List of 20 Largest Unsecured

Creditors (who are not included in the service instructions above) (except that service on such creditors by email shall be acceptable substitute service if an email address is available); and it is

FURTHER ORDERED that Debtor shall file a certificate of service certifying such service before the commencement of the expedited hearing.

**END OF ORDER**

**This Order Prepared and Submitted by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com

Proposed Counsel for the Debtor

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\Middle Georgia Vascular Surgery Center v. Ch. 11\First Day Motions\Expedited\Order on Motion for Expedited Hearing (final for upload 07.02.26).docx