**SO ORDERED.**

**SIGNED this 2 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE: CHAPTER 11

Middle Georgia Vascular Surgery Center L.L.C.

Debtor(s) CASE NO. 26−51113−RMM

**ORDER FOR APPOINTMENT OF PATIENT CARE OMBUDSMAN**

In accordance with 11 U.S.C. § 333(a) and Federal Rule of Bankruptcy Procedure 2007.2, it is hereby ORDERED that the United States Trustee shall appoint an ombudsman to monitor the quality of patient care and to represent the interests of the patients of Middle Georgia Vascular Surgery Center, L.L.C., Debtor referenced above; provided, however, that the United States trustee or a party in interest shall have twenty−one (21) days from the entry of this order to file a motion for a determination that the appointment of an ombudsman is not necessary in this case. If the United States trustee or a party in interest files a motion to determine that the appointment of an ombudsman is not necessary, the appointment shall be held in abeyance until the Court has heard and determined the motion. If no motion is timely filed, the United States trustee shall appoint an ombudsman.

IT IS FURTHER ORDERED that if appointed, the ombudsman shall perform all duties and fulfill all responsibilities as required by the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. The United States trustee shall monitor the actions of the ombudsman and shall make appropriate motions if the need for the ombudsman changes during the course of this case.

END OF DOCUMENT