**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **CHAPTER 11 BANKRUPTCY** |
| **MIDDLE GEORGIA VASCULAR** | : | **CASE NO. 26-51113-RMM** |
| **SURGERY CENTER L.L.C.** | : | |
| | : | |
| **Debtor.** | : | |

# NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES UNDER RULE 2002

Pursuant to Bankruptcy Rule 9010(b), DAVID A. GARLAND of the law firm of Moore, Clarke, DuVall & Rodgers, P.C., whose office address and telephone number appear below, hereby authorizes you to enter an appearance on his behalf, as attorney for Ameris Bank, through its division Balboa Capital Corporation, a creditor in the above-styled and numbered proceedings, and to do all that is necessary in connection therewith.

Further, pursuant to Bankruptcy Rule 2002, Ameris Bank, through its division Balboa Capital Corporation, requests that it be served with all notices required by Bankruptcy Rule 2002 and that all such notices be served upon it through its undersigned attorney, addressed as follows:

DAVID A. GARLAND
MOORE, CLARKE, DuVALL & RODGERS, P.C.
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
Email: dgarland@mcdr-law.com

RESPECTFULLY SUBMITTED, this the 2nd day of July, 2026.

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

*/s/ David A. Garland*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Ameris Bank, through its division Balboa Capital Corporation*
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
Telephone: 229-888-3338
Facsimile: 229-888-1191
Email: dgarland@mcdr-law.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **CHAPTER 11 BANKRUPTCY** |
| **MIDDLE GEORGIA VASCULAR** | : | **CASE NO. 26-51113-RMM** |
| **SURGERY CENTER L.L.C.** | : | |
| | : | |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the following parties have been served a copy of the foregoing *Notice of Appearance and Request for All Notices Under Rule 2002* by electronic service through CM/ECF and/or by depositing a copy in the United States Mail with sufficient postage affixed thereon to assure delivery, to the persons or entities as shown on the attached Exhibit "A".

This the 2nd day of July, 2026

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

By: *__/s/ David A. Garland__*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Ameris Bank, through its division*
*Balboa Capital Corporation*

**EXHIBIT "A"**

Middle Georgia Vascular Surgery
Center L.L.C.
1025 N. Houston Road
Warner Robins, Georgia 31093
*Debtor*

David L. Bury, Jr.
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
*Attorneys for Debtor*

U.S. Trustee - MAC
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, Georgia 31201
*U.S. Trustee*

Abbott Laboratories
22400 Network Pl.
Chicago, IL 60673-1224

Acutane, Inc.
3800 N Lamar Blvd - Ste. 220
Austin, TX 78756

Adobe, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

ADT Security
P.O. Box 371490
Pittsburgh, PA 15250-7490

Advanced Wound Care LLC
a/k/a WoundGenex
550 W Baseline Rd. - Ste. 102-416
Mesa, AZ 85210-6031

Aflac Incorporated
1932 Wynnton Rd.
Columbus, GA 31999-0001

Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373-4672

Alexa Internet
80 State St.
Albany, NY 12207

Allison B. Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005

Allison Burkett
207 Twisted Laurel Lane
Bonaire, GA 31005

Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor FL 34683

Arrow Exterminators
P.O. Box 26178
Macon, GA 31221-6178

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

BMW Bank of North America
P.O. Box 78066
Phoenix, AZ 85062-8066

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

C T Corporation System
o/b/o Middle Georgia Vascular
330 N. Brand Blvd., Suite 700
Attn. SPRS
Glendale, CA 91203

Canva US, Inc.
3212 E. Cesar Chavez St.
Building 1 -Suite 1300
Austin, TX 78702

Central Georgia Health Network
777 Hemlock St.
Msc 98
Macon, GA 31201-2102

Choice Insurance Services
615 S. Houston Lake Rd. - Ste. 100
Warner Robins, GA 31088-9503

City of Warner Robins
P.O. Box 8659
Warner Robins, GA 31095-8659

Cloudable LLC
P.O. Box 911
Fortson, GA 31808-0911

Cordis US Corp
P.O. Box 748602
Atlanta, GA 30374-8602

Core Sound Imaging Inc
5510 Six Forks Rd. - Ste. 200
Raleigh, NC 27609-8620

Courtney Ates
3664 Bayne Street
Macon, GA 31204

Cox Communications, Inc
P.O. Box 919367
Dallas, TX 75391-9367

Decision HR
11101 Roosevelt Blvd. N
Saint Petersburg, FL 33716

Discover Credit Card
P.O. Box 30939
Salt Lake City, UT 84130

EClinicalWorks, LLC
2 Technology Dr.
Westborough, MA 01581-1727

Every Season Landscaping
125 Autumn Woods Dr.
Warner Robins, GA 31088-6711

Fire Protection Services, LLC
2030 Powers Ferry Rd. - Ste. 100
Atlanta, GA 30339

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner, Robins GA 31093

Flint Electric Membership Corporation
P.O. Box 70878
Charlotte, NC 28272-0878

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta, GA 30345

Global Payments Inc.
3550 Lenox Road
Atlanta, GA 30326

Globe Life Inc.
3700 South Stonebridge Dr.
McKinney, TX 75070

Houston County Tax Commissioner
c/o Hon. Mark Kushinka, Tax Commissioner
202 Carl Vinson Parkway
Warner Robins, GA 31088

Imaging Physics LLC
227 Sandy Springs Pl. - Ste. D-300
Sandy Springs, GA 30328-5918

Inbox Health Corp
470 James St. - Ste. 001
New Haven, CT 06513

Integris Assurance Company
P.O. Box 875
Brattleboro VT 05302-0875

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Intuit Inc.
2632 Marine Way
MS2700
Mountain View CA 94039

Jennifer Nash
115 Thomas Ct
Kathleen GA 31047

LabCorp
531 South Spring Street Burlington
Burlington NC 27215

Madison Williams
101 Bella Ct
Kathleen GA 31047

Martin Snow, LLP
4025 Vineville Ave.
Macon GA 31210

Mason Accounting & Consulting Services
888 SE 3rd Ave. - Ste. 102
Ft Lauderdale FL 33316

Massachusetts Mutual Life Insurance Comp
Box 371368
Pittsburgh PA 15250-7368

McKessen Medical Surgical
P.O. Box 660266
Dallas TX 75266-0266

Medline Industries, LP
Dept Ch 14400
Palatine IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta GA 30384-9201

Merit Medical Systems, Inc
P.O. Box 204842
Dallas TX 75320-4842

Michelle Bloodworth
403 Wrasling Way
Bonaire GA 31005

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-6399

MMP Capital, LLC
19 Engineers Ln.
Farmingdale NY 11735

Net2Phone Global Services, LLP
520 Broad St.
Newark NJ 07102

New Lane Finance
123 S. Broad St.
17th Floor
Philadelphia PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne PA 19087

Purcor Pest Solutions
P.O. Box 600607
Jacksonville FL 32260

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614

Robert Zanders
76 Duke Ln.
Kathleen GA 31047

Robins Regional Chamber
1228 Watson Blvd.
Warner Robins GA 31093

Shred Monster
P.O. Box 26148
Macon GA 31221

Southeast Physics Associates
3010 Gadsden St.
Alpharetta GA 30022

Stearns Bank Equipment Finance
P.O. Box 327
Albany MN 56307-0327

Stericycle Inc
28883 Network Pl.
Chicago IL 60673-1288

Stericycle, Inc.
2355 Waukegan Rd.
Bannockbum IL 60015

Taylor Phagan
101 Azalea Ave
Bonaire GA 31005

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

Verizon Wireless
P.O. Box 408
Newark NJ 07101-0408

Waystar, Inc.
715 Peachtree St. NE - Ste. 900
Atlanta GA 30308

Xerox Business Solutions
P.O. Box 932893
Atlanta GA 31193-2893

Zelis Healthcare, LLC
2 Crossroads Dr.
Bedminster NJ 07921-1562