**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Middle Georgia Vascular Surgery Center L.L.C. (Name) | EIN: | 81–3405917 |
| United States Bankruptcy Court | Middle District of Georgia | Date case filed for chapter: | 11 7/1/26 |
| Case number: | 26–51113–RMM | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**12/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Middle Georgia Vascular Surgery Center L.L.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1025 N. Houston Road<br>Warner Robins, GA 31093 | |
| 4. | **Debtor's attorney**<br>Name and address | David L. Bury Jr.<br>Stone & Baxter, LLP<br>577 Third Street<br>Macon, GA 31201 | Contact phone 478–750–9898<br><br>Email: dbury@stoneandbaxter.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (478) 752–3506<br><br>Date: 7/2/26 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 30, 2026 at 10:00 AM**<br><br>**BY TELEPHONE**<br>**Please call the teleconference line at your exact scheduled date and time; do not call in advance of your scheduled time.**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting will be telephonic. To attend, Dial: 1–888–330–1716 and enter: 6696967, when prompted for participation code.** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 10/28/26<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** ___________ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| **ADDITIONAL COURT SPECIFIC INFORMATION** | **ID Required at Meeting Of Creditors**<br>Debtors' attorneys will be responsible for providing to the trustee before the 341 meeting a copy of debtors' ID and social security number in the same manner as tax returns, and will be responsible for verifying debtors' ID and social security number on the record. If you are a pro se debtor, the trustee may require verification of ID and social security number with documentation in advance of or subsequent to the 341 meeting, or the trustee may continue the meeting until these requirements are met. |

United States Bankruptcy Court

Middle District of Georgia

In re: Case No. 26-51113-RMM

Middle Georgia Vascular Surgery Center L Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 3

Date Rcvd: Jul 02, 2026 Form ID: 309F1 Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Middle Georgia Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins, GA 31093-1505 |
| 13080883 | | Abbott Laboratories, 22400 Network Pl., Chicago IL 60673-1224 |
| 13080884 | + | Acutane, Inc., 3800 N Lamar Blvd - Ste. 220, Austin TX 78756-0003 |
| 13080887 | | Advanced Wound Care LLC, a/k/a WoundGenex, 550 W Baseline Rd. - Ste. 102-416, Mesa AZ 85210-6031 |
| 13080890 | + | Alexa Internet, 80 State St., Albany NY 12207-2541 |
| 13080891 | + | Allison B. Burkett, 207 Twisted Laurel Lane, Bonaire GA 31005-4233 |
| 13080892 | + | Allison Burkett, 207 Twisted Laurel Lane, Bonaire GA 31005-4233 |
| 13080894 | + | American Vascular Associates, 3001 Palm Harbor Blvd - Ste. A, Palm Harbor FL 34683-1930 |
| 13080895 | + | Ameris Bank, 575 Anton Blvd. FL 12, Costa Mesa CA 92626-7169 |
| 13080896 | | Arrow Exterminators, P.O. Box 26178, Macon GA 31221-6178 |
| 13080897 | | Balboa Capital Corporation, P.O. Box 844803, Los Angeles CA 90084-4803 |
| 13080899 | | Boston Scientific Corporation, P.O. Box 786205, Philadelphia PA 19178-6205 |
| 13080901 | + | Canva US, Inc., 3212 E. Cesar Chavez St., Building 1 -Suite 1300, Austin TX 78702-4938 |
| 13080902 | | Central Georgia Health Network, 777 Hemlock St., Msc 98, Macon GA 31201-2102 |
| 13080903 | | Choice Insurance Services, 615 S. Houston Lake Rd. - Ste. 100, Warner Robins GA 31088-9503 |
| 13080904 | | City of Warner Robins, P.O. Box 8659, Warner Robins GA 31095-8659 |
| 13080905 | | Cloudable LLC, P.O. Box 911, Fortson GA 31808-0911 |
| 13080906 | | Cordis US Corp, P.O. Box 748602, Atlanta GA 30374-8602 |
| 13080907 | | Core Sound Imaging Inc, 5510 Six Forks Rd. - Ste. 200, Raleigh NC 27609-8620 |
| 13080908 | + | Courtney Ates, 3664 Bayne Street, Macon GA 31204-2683 |
| 13080909 | | Cox Communications, Inc, P.O. Box 919367, Dallas TX 75391-9367 |
| 13080913 | | Every Season Landscaping, 125 Autumn Woods Dr., Warner Robins GA 31088-6711 |
| 13080915 | + | Flamingo Medical Services, LLC, 1025 N. Houston Rd., Warner Robins GA 31093-1505 |
| 13080916 | | Flint Electric Membership Corporation, P.O. Box 70878, Charlotte NC 28272-0878 |
| 13080918 | + | Global Payments Inc., 3550 Lenox Road, Atlanta GA 30326-4334 |
| 13080919 | + | Globe Life Inc., 3700 South Stonebridge Dr., McKinney TX 75070-5934 |
| 13080920 | + | Houston County Tax Commissioner, c/o Hon. Mark Kushinka, Tax Commissioner, 202 Carl Vinson Parkway, Warner Robins GA 31088-5897 |
| 13080921 | | Imaging Physics LLC, 227 Sandy Springs Pl. - Ste. D-300, Sandy Springs GA 30328-5918 |
| 13080922 | + | Inbox Health Corp, 470 James St. - Ste. 001, New Haven CT 06513-3175 |
| 13080923 | | Integris Assurance Company, P.O. Box 875, Brattleboro VT 05302-0875 |
| 13080925 | + | Intuit Inc., 2632 Marine Way, MS2700, Mountain View CA 94043-1126 |
| 13080926 | + | Jennifer Nash, 115 Thomas Ct, Kathleen GA 31047-2206 |
| 13080938 | #+ | MMP Capital, LLC, 19 Engineers Ln., Farmingdale NY 11735-1207 |
| 13080928 | + | Madison Williams, 101 Bella Ct, Kathleen GA 31047-2957 |
| 13080929 | + | Martin Snow, LLP, 4025 Vineville Ave., Macon GA 31210-5039 |
| 13080930 | + | Mason Accounting & Consulting Services, 888 SE 3rd Ave. - Ste. 102, Ft Lauderdale FL 33316-1167 |
| 13080931 | | Massachusetts Mutual Life Insurance Comp, Box 371368, Pittsburgh PA 15250-7368 |
| 13080932 | | McKessen Medical Surgical, P.O. Box 660266, Dallas TX 75266-0266 |
| 13080933 | | Medline Industries, LP, Dept Ch 14400, Palatine IL 60055-4400 |
| 13080934 | | Medtronic USA Inc, P.O. Box 409201, Atlanta GA 30384-9201 |

| | | |
|---|---|---|
| 13080935 | | Merit Medical Systems, Inc, P.O. Box 204842, Dallas TX 75320-4842 |
| 13080936 | + | Michelle Bloodworth, 403 Wrasling Way, Bonaire GA 31005-3237 |
| 13080939 | + | Net2Phone Global Services, LLP, 520 Broad St., Newark NJ 07102-3195 |
| 13080940 | + | New Lane Finance, 123 S. Broad St., 17th Floor, Philadelphia PA 19109-1032 |
| 13080942 | + | Organogenesis Inc., 150 Dan Rd., Canton MA 02021-2820 |
| 13080943 | | Philips Healthcare, P.O. Box 100355, Atlanta GA 30384-0355 |
| 13080945 | + | Purcor Pest Solutions, P.O. Box 600607, Jacksonville FL 32260-0607 |
| 13080946 | #+ | Reliant Capital Group, 6 Executive Circle - Ste. 250, Irvine CA 92614-6732 |
| 13080947 | #+ | Robert Zanders, 76 Duke Ln., Kathleen GA 31047-3201 |
| 13080948 | + | Robins Regional Chamber, 1228 Watson Blvd., Warner Robins GA 31093-3428 |
| 13080949 | + | Shred Monster, P.O. Box 26148, Macon GA 31221-6148 |
| 13080950 | + | Southeast Physics Associates, 3010 Gadsden St., Alpharetta GA 30022-1592 |
| 13080951 | | Stearns Bank Equipment Finance, P.O. Box 327, Albany MN 56307-0327 |
| 13080954 | + | Taylor Phagan, 101 Azalea Ave, Bonaire GA 31005-3471 |
| 13080958 | + | Waystar, Inc., 715 Peachtree St. NE - Ste. 900, Atlanta GA 30308-3698 |
| 13080959 | | Xerox Business Solutions, P.O. Box 932893, Atlanta GA 31193-2893 |
| 13080960 | #+ | Zelis Healthcare, LLC, 2 Crossroads Dr., Bedminster NJ 07921-1564 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dbury@stoneandbaxter.com | Jul 02 2026 17:40:37 | David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, GA 31201 |
| | | Email/Text: atlreorg@sec.gov | Jul 02 2026 17:41:00 | US Securities and Exchange Commission, Office of Reorganization, Atlanta Regional Office, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 13080886 | | Email/Text: amscbankruptcy@adt.com | Jul 02 2026 17:42:00 | ADT Security, P.O. Box 371490, Pittsburgh PA 15250-7490 |
| 13080885 | + | Email/Text: CSCBNC@cscglobal.com | Jul 02 2026 17:41:00 | Adobe, Inc., c/o Corporation Service Company, 251 Little Falls Drive, Wilmington DE 19808-1674 |
| 13080888 | | Email/Text: mgeorge@aflac.com | Jul 02 2026 17:41:00 | Aflac Incorporated, 1932 Wynnton Rd., Columbus GA 31999-0001 |
| 13080889 | ^ | MEBN | Jul 02 2026 17:35:14 | Airgas USA, LLC, P.O. Box 734672, Dallas TX 75373-4672 |
| 13080893 | + | Email/Text: bankruptcybnc@amazon.com | Jul 02 2026 17:42:00 | Amazon.com, Inc., P.O. Box 81226, Seattle WA 98108-1300 |
| 13080898 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 02 2026 17:42:37 | BMW Bank of North America, P.O. Box 78066, Phoenix AZ 85062-8066 |
| 13080900 | ^ | MEBN | Jul 02 2026 17:34:40 | C T Corporation System, o/b/o Middle Georgia Vascular, 330 N. Brand Blvd., Suite 700, Attn. SPRS, Glendale CA 91203-2336 |
| 13080911 | + | Email/Text: mrdiscen@discover.com | Jul 02 2026 17:40:00 | Discover Credit Card, P.O. Box 30939, Salt Lake City UT 84130-0939 |
| 13080912 | | Email/Text: bankruptcy@eclinicalworks.com | Jul 02 2026 17:40:00 | EClinicalWorks, LLC, 2 Technology Dr., Westborough MA 01581-1727 |
| 13080914 | | Email/Text: info@fpsga.com | Jul 02 2026 17:40:00 | Fire Protection Services, LLC, 2030 Powers Ferry Rd. - Ste. 100, Atlanta GA 30339 |
| 13080917 | | Email/Text: brnotices@dor.ga.gov | Jul 02 2026 17:41:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century BLVD NE, Suite 9100, Atlanta GA 30345 |
| 13080924 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2026 17:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 13080927 | | Email/Text: eakesc@labcorp.com | Jul 02 2026 17:41:00 | LabCorp, 531 South Spring Street Burlington, Burlington NC 27215 |
| 13080937 | + | Email/Text: celabnc@microsoft.com | Jul 02 2026 17:41:00 | Microsoft Corporation, One Microsoft Way, Redmond WA 98052-8300 |
| 13080941 | + | Email/Text: emiller@northmillef.com | Jul 02 2026 17:41:00 | North Mill Equipment Finance LLC, 601 Merrit 7 - Ste. 5, Norwalk CT 06851-1097 |
| 13080944 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jul 02 2026 17:40:00 | Philips Medical Capital, LLC, 1111 Old Eagle School Road, Wayne PA 19087-1453 |
| 13080953 | | Email/Text: BankruptcyNotice@Stericycle.com | Jul 02 2026 17:40:00 | Stericycle, Inc., 2355 Waukegan Rd., Bannockbum IL 60015 |
| 13080952 | | Email/Text: BankruptcyNotice@Stericycle.com | Jul 02 2026 17:40:00 | Stericycle Inc, 28883 Network Pl., Chicago IL 60673-1288 |
| 13080955 | | Email/Text: bankruptcy@bbandt.com | Jul 02 2026 17:41:00 | Truist Financial Corporation, P.O. Box 580050, Charlotte NC 28258-0050 |
| 13080956 | | Email/Text: bankruptcy@bbandt.com | Jul 02 2026 17:41:00 | Truist Financial Corporation, P.O. Box 791622, Baltimore MD 21279-1622 |
| 13080957 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2026 17:40:00 | Verizon Wireless, P.O. Box 408, Newark NJ 07101-0408 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | * | Insolvency, IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13080910 | ##+ | Decision HR, 11101 Roosevelt Blvd. N, Saint Petersburg FL 33716-2334 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Bury, Jr. | on behalf of Debtor Middle Georgia Vascular Surgery Center L.L.C. dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 2