**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-51113-RMM** |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER, L.L.C.,** | ) | |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned appears for the United States Trustee, Guy A. Van Baalen, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address and telephone number set forth below:

Robert G. Fenimore
Trial Attorney
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201
Telephone: (478)752-3545
Fax: (478)752-3549
Email: robert.g.fenimore@usdoj.gov

This 6th day of July, 2026.

Respectfully submitted,

GUY A. VAN BAALEN
Acting United States Trustee, Region 21

By:/s/ Robert G. Fenimore
Robert G. Fenimore
Trial Attorney
GA Bar No. 205202

Office of the U.S. Trustee
440 Martin Luther King Jr. Blvd, Ste. 302
Macon, GA 31201 (478) 752-3545
robert.g.fenimore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing pleading titled **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Middle Georgia Vascular Surgery Center, L.L.C.
Attention: Allison B. Burkett, Manager
1025 N. Houston Road
Warner Robins, GA 31093

David L. Bury, Jr.
Stone and Baxter
577 Third Street
Macon, GA 31201

This 6th day of July, 2026.

/s/ Robert G. Fenimore
Robert G. Fenimore
Trial Attorney
GA Bar No. 205202
robert.g.fenimore@usdoj.gov

Office of the U.S. Trustee
440 Martin Luther King Jr. Blvd, Ste. 302
Macon, GA 31201
(478) 752-3545