**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE: CHAPTER 11

Middle Georgia Vascular Surgery Center L.L.C.

DEBTOR(S) CASE NO.26−51113−RMM

**ORDER**

The above−captioned debtor having filed a petition under Chapter 11 of the Bankruptcy Code, it is ordered as follows:

The reports and summaries required by 11 U.S.C. § 704(a)(8) and Fed. R. Bankr. P. 2015(a)(3) shall be filed with the Clerk of this Court by the 20th day of every month and copies are to be served as required by 11 U.S.C. § 704(a)(8).

Dated: 7/7/26

/s/ Robert M Matson
United States Bankruptcy Judge