**SO ORDERED.**

**SIGNED this 9 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |

**ORDER ON MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES, SALARIES AND OTHER EMPLOYEE BENEFITS AND PAYMENT OF RELATED TAXES AND WITHHOLDINGS**

Debtor having filed its Motion pursuant to Sections 105(a) and 363(b) for entry of an Order granting authority to pay employee wages, compensation, and other benefits (Dkt. 5) (the "**Motion**") on July 1, 2026; the Court having considered the Motion at the expedited hearing held on July 9, 2026; the Court having determined that the relief requested in the Motion is in the best interests of Debtor, its creditors and other parties-in-interest; the Court having further determined that notice of the Motion was sufficient and no further notice is necessary and good and sufficient causes exists for the relief sought in the Motion, it is hereby

**ORDERED AND ADJUDGED THAT**:

1. The Motion is **GRANTED**.

2. Debtor is authorized to honor any pre-petition payroll checks which have not cleared its accounts, if any, prior to the filing of the voluntary petition herein.

3. Debtor is authorized to pay in the ordinary course of business all wages which accrued pre-petition which remain unpaid, if any, since Debtor's last payroll.

4. Debtor is authorized to pay any taxes or withholdings due in connection with all payroll paid pre-petition.

5. Debtor is authorized to pay or honor all employee benefits, expense reimbursement claims and commissions which accrued pre-petition.

6. Debtor is authorized to honor any employee benefits which have accrued since the last payroll payment.

7. Debtor is authorized to pay in the ordinary course of business all wages, compensation, employee benefits, and employee rated taxes and withholdings that accrue post-petition.

8. Debtor is authorized to continue any other practice, programs, and policies with respect to its employees as such practices, programs, and policies were in effect as of the Petition Date.

9. Notwithstanding anything to contrary in this Order, the authority of the Debtor to make payments under this Order is subject to the terms and conditions of any interim and final order of this Court approving use of cash collateral.

**END OF DOCUMENT**

**Order Prepared and Submitted By:**

*<u>/s/ David L. Bury, Jr.</u>*

David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)
dbury@stoneandbaxter.com
Proposed Counsel for Debtor

G:\CLIENTS\Middle Georgia Vascular Surgery Center and Vein Solutions, LLC\MGVSC v. Ch. 11\First Day Motions\Expedited\Orders\Order on Employee Motion.docx

United States Bankruptcy Court
Middle District of Georgia

In re: Case No. 26-51113-RMM
Middle Georgia Vascular Surgery Center L Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 2
Date Rcvd: Jul 09, 2026 Form ID: pdfntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Middle Georgia Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins, GA 31093-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Middle Georgia Vascular Surgery Center L.L.C. dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;wporter@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |

TOTAL: 5