**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the following documents:

(i) *Interim Order (A) Authorizing the Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (B) Requesting an Expedited Interim Hearing Thereon; and (C) Scheduling a Final Hearing on the Valuation and Use of Cash Collateral* (Dkt. 22);

(ii) *Order on Debtor's Motion for an Order Limiting Notice and Establishing Notice Procedures* (Dkt. 23);

(iii) *Order Granting Motion for Order (I) Authorizing Continued Use of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, and (III) Granting an Interim Waiver of Investment and Deposit Requirements* (Dkt. 24);

(iv) *Order on Motion for Order Authorizing Payment of Wages, Salaries, and Other Employee Benefits and Payment of Related Taxes and Withholdings* (Dkt. 25); and

(v) *Order on Debtor's Motion for Entry of an Order (A) Authorizing Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* (Dkt. 26)

by depositing same in the United States Mail with proper postage affixed thereon to ensure delivery upon all parties listed on **Exhibit A** attached hereto.

This will also certify that on this date I served the following document:

(i) *Order on Debtor's Motion for Entry of an Order (A) Authorizing Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (B) Authorizing Financial*

*Institutions to Honor All Related Checks and Electronic Payment Requests* (Dkt. 26)

by depositing same in the United States Mail upon the following parties:

Merit Medical Systems, Inc
P.O. Box 204842
Dallas TX 75320-4842

McKessen Medical Surgical
P.O. Box 660266
Dallas, TX 75266-0266

This 14th day of July, 2026.

**STONE & BAXTER, LLP**
By:

/s/ David L. Bury, Jr.

David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)

Proposed Counsel for Debtor

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\First Day Motions\Expedited\Orders\COS on FDM Orders 7.14.26.docx

# Exhibit A

Advanced Wound Care LLC
a/k/a Wound Genex
550 W Baseline Rd. -Ste. 102-416
Mesa, AZ 85210-6031

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor, FL 34683

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins, GA 31093

Integris Assurance Company
P.O. Box 875
Brattleboro, VT 05302-0875

Martin Snow, LLP
4025 Vineville Ave.
Macon, GA 31210

Medline Industries, LP
Dept Ch 14400
Palatine, IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta, GA 30384-9201

MMP Capital, LLC
19 Engineers Ln.
Farmingdale, NY 11735

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk, CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton, MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

Stearns Bank Equipment Finance
P.O. Box 327
Albany, MN 56307-0327

Truist Financial Corporation
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Financial Corporation
P.O. Box 580050
Charlotte, NC 28258-0050

Robert G. Fenimore
U.S. Trustee
440 Martin Luther King Jr. Blvd, #302
Macon, GA 31201
*Via email & U.S. Mail*

David A. Garland
Stephen A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, Georgia 31708-1727