**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**NOTICE OF MOTION TO ESTABLISH**
**COMPENSATION PROCEDURES FOR PROFESSIONALS**

Debtor filed the Motion to Establish Compensation Procedures for Professionals (Dkt. 36) on July 15, 2026.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you are not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, then a copy of the Application may be obtained upon written request to counsel for the Debtor or at the Clerk's office.**

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then you or your attorney shall file with the Court a written objection or response on or before **August 5, 2026,** pursuant to F.R.B.P. 9006(f).

If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, GA 31202
(478) 752-3506

If an objection or response is filed, a hearing on the Application shall be held on **August 26, 2026 at 10:30 a.m. at the U.S. Bankruptcy Court for the Middle District of Georgia, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.**

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

If you mail your response or objection to the Court for filing, you shall send it early enough so the Court will receive the objection or response on or before the date stated above.
Any response or objection shall also be served on the Debtor.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application or objection and may enter an order granting that relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 9004-1.

This 15th day of July, 2026.

**STONE & BAXTER, LLP**
By:

*/s/ David L. Bury, Jr.*

David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182
dbury@stoneansbaxter.com
tcrymes@stoneandbaxter.com

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)

Proposed Counsel for Debtor

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\First Day Motions\2b. NOH for Motion to Establish Compensation Procedures for Professionals.docx