**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE SCHEDULES, STATEMENTS, LISTS, AND INITIAL REPORTS**

This application of Middle Georgia Vascular Surgery Center L.L.C. ("**MGVSC**"), Debtor and Debtor-in-Possession in the above-styled case, respectfully represents:

1. Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 1, 2026.

2. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. No committee, trustee, or examiner has been appointed in the Case.

4. Debtor's petition was accompanied by a list of the names and addresses of Debtor's creditors and a list of their twenty (20) largest unsecured creditors.

5. The Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") require various statements to be filed, including, without limitation, Bankruptcy Rule 1007, which requires Debtor to file its schedules of assets and liabilities, statements of affairs, and schedules of executory contracts and unexpired leases (collectively, all of such required statements being referred to as the "**Schedules and Statements**") within fourteen (14) days after the Petition Date. The time to file Schedules and Statements in this case expires on July 15, 2026.

6. Local Bankruptcy Rule 1007-1 provides that, for cause shown, this Court may grant an extension of the time to file Schedules and Statements to a date not less than five days before the first date set for the § 341 meeting of creditors.

7. Debtor is currently accumulating data and reviewing its records to prepare the Schedules and Statements. However, due to the state of its business affairs, which is complicated, Debtor will require additional time to properly determine the amounts owed to its creditors and to properly identify and catalogue its assets. Pursuant to Bankruptcy Rule 1007(c), the Court has authority to extend the time required for filing the Schedules and Statements. Debtor, therefore, respectfully requests that the Court enlarge the period within which it must file the Schedules and Statements through and including July 24, 2026, a date that is at least five (5) days prior to the July 30, 2026 date scheduled for the § 341 meeting of creditors for the case.

8. The relief requested in this Motion is in the best interests of Debtor's estate and does not adversely affect the rights of any party to this case.

9. Debtor has inquired with the United States Trustee about this Application, and the United States Trustee has indicated no opposition to the requested extension.

10. Debtor has made no previous such application for an enlargement of time.

WHEREFORE, Debtor prays for entry of the Order on **Exhibit 1** enlarging the period within which it must file the Schedules and Statements.

Respectfully submitted this 15th day of July, 2026..

**STONE & BAXTER, LLP**
By:

*/s/ E. Tate Crymes*
David L. Bury, Jr.
Georgia Bar No. 133066

E. Tate Crymes
Georgia Bar No. 486182
dbury@stoneansbaxter.com
tcrymes@stoneandbaxter.com

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)

Proposed Counsel for Debtor

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\First Day Motions\3. Application for First Enlargement of Time.docx

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing pleading using the Court's CM/ECF filing system, which will send a copy of the pleading to all parties, including the United States Trustee, who have requested electronic notice of pleadings in this case.

This 15th day of July, 2026.

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182

Proposed Counsel for Debtor

# EXHIBIT 1

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER ENLARGING THE TIME TO FILE STATEMENTS OF FINANCIAL AFFAIRS, SCHEDULES, LISTS, AND INITIAL REPORTS**

On the Application of the above-named Debtor, it is ORDERED that the time for Debtor to file its Statement of Financial Affairs, Schedules, Lists, and Initial Reports is enlarged through and including July 24, 2026.

**END OF DOCUMENT**

**This Order prepared by:**

*<u>/s/ E. Tate Crymes</u>*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street

Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*;
tcrymes@stoneandbaxter.com *email*

Proposed Counsel for Debtor