**SO ORDERED.**

**SIGNED this 17 day of July, 2026.**

Robert M. Matson

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER ENLARGING THE TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, LISTS, AND INITIAL REPORTS**

On the Application of the above-named Debtor, it is ORDERED that the time for Debtor to file its Statement of Financial Affairs, Schedules, Lists, and Initial Reports is enlarged through and including July 24, 2026.

**END OF DOCUMENT**

**This Order prepared by:**
*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*;
tcrymes@stoneandbaxter.com *email*
Proposed Counsel for Debtor