**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |

**DEBTORS' NOTICE OF FILING OF UPDATED SHORT LIST**
**AS OF JULY 17, 2026**

Pursuant to the Order on Debtor's Motion for an Order Limiting Notice and Establishing Notice Procedures (Dkt. 23) entered July 9, 2026, Debtor hereby files, as required by the Order, the updated "Short List" shown on the attached Exhibit A.

Respectfully submitted this 17th day of July, 2026.

STONE & BAXTER, LLP
By:

/s/ *E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*
tcrymes@stoneandbaxter.com

Proposed Counsel for Debtor

**Exhibit A**

Advanced Wound Care LLC
a/k/a Wound Genex
550 W Baseline Rd. -Ste. 102-416
Mesa, AZ 85210-6031

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor, FL 34683

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins, GA 31093

Integris Assurance Company
P.O. Box 875
Brattleboro, VT 05302-0875

Martin Snow, LLP
4025 Vineville Ave.
Macon, GA 31210

Medline Industries, LP
Dept Ch 14400
Palatine, IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta, GA 30384-9201

MMP Capital, LLC
19 Engineers Ln.
Farmingdale, NY 11735

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk, CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton, MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

Stearns Bank Equipment Finance
P.O. Box 327
Albany, MN 56307-0327

Truist Financial Corporation
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Financial Corporation
P.O. Box 580050
Charlotte, NC 28258-0050

Robert G. Fenimore
U.S. Trustee
440 Martin Luther King Jr. Blvd, #302
Macon, GA 31201
*Via email & U.S. Mail*

David A. Garland
Stephen A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, Georgia 31708-1727

Clinton Mikel
The Health Law Partners, P.C.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334