**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 24, 2026**

*X* **/s/ Allison B. Burkett**
Signature of individual signing on behalf of debtor

**Allison B. Burkett**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**

Case number (if known): **26-51113**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Wound Care LLC a/k/a WoundGenex 550 W Baseline Rd. - Ste. 102-416 Mesa, AZ 85210-6031** | | **Trade Debt** | **Unliquidated Disputed** | | | **$235,100.00** |
| **Allison Burkett 207 Twisted Laurel Lane Bonaire, GA 31005** | | **Wages Payable** | **Contingent Unliquidated Disputed** | | | **$5,538.56** |
| **American Vascular Associates 3001 Palm Harbor Blvd - Ste. A Palm Harbor, FL 34683** | | **Trade Debt** | **Disputed** | | | **$272,765.44** |
| **Balboa Capital Corporation P.O. Box 844803 Los Angeles, CA 90084-4803** | | **Emsella Workstation** | | **$137,660.64** | **$21,250.00** | **$116,410.64** |
| **Balboa Capital Corporation P.O. Box 844803 Los Angeles, CA 90084-4803** | | **Cartessa Motus AZ+ and Zimmer** | | **$99,284.98** | **$21,000.00** | **$78,284.98** |
| **Boston Scientific Corporation P.O. Box 786205 Philadelphia, PA 19178-6205** | | **Trade Debt** | | | | **$120,027.84** |
| **Flamingo Medical Services, LLC 1025 N. Houston Rd. Warner Robins, GA 31093** | | **Trade Debt** | | | | **$7,000.00** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.**
Name

Case number *(if known)* **26-51113**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Integris Assurance Company<br>P.O. Box 875<br>Brattleboro, VT 05302-0875** | | **Trade Debt** | | | | **$5,573.00** |
| **Martin Snow, LLP<br>4025 Vineville Ave.<br>Macon, GA 31210** | | **Trade Debt** | | | | **$8,050.00** |
| **Medtronic USA Inc<br>P.O. Box 409201<br>Atlanta, GA 30384-9201** | | **Trade Debt** | | | | **$23,089.70** |
| **MMP Capital, LLC<br>19 Engineers Ln.<br>Farmingdale, NY 11735** | | **UCC on Emsculpt Neo Workstation (S/N ***4202)** | **Disputed** | **$196,092.97** | **$41,250.00** | **$154,842.97** |
| **New Lane Finance<br>123 S. Broad St.<br>17th Floor<br>Philadelphia, PA 19109** | | **Prieme and V30** | | **$141,629.73** | **$45,000.00** | **$96,629.73** |
| **North Mill Equipment Finance LLC<br>601 Merrit 7 - Ste. 5<br>Norwalk, CT 06851** | | **Emface Workstation** | | **$196,092.97** | **$31,250.00** | **$164,842.97** |
| **Organogenesis Inc.<br>150 Dan Rd.<br>Canton, MA 02021** | | **Trade Debt** | **Disputed** | | | **$1,094,565.00** |
| **Philips Healthcare<br>P.O. Box 100355<br>Atlanta, GA 30384** | | **Medical Supplies** | **Disputed** | **$90,094.01** | **$0.00** | **$90,094.01** |
| **Philips Healthcare<br>P.O. Box 100355<br>Atlanta, GA 30384** | | **Warranty on Zenith 70 C Arm Machine** | **Disputed** | | | **$39,060.00** |
| **Stearns Bank Equipment Finance<br>P.O. Box 327<br>Albany, MN 56307-0327** | | **UCC on Samsung V7 Ultrasound System** | | **$38,471.53** | **$15,000.00** | **$23,471.53** |
| **Truist Financial Corporation<br>P.O. Box 791622<br>Baltimore, MD 21279-1622** | | **Trade Debt** | | | | **$10,470.99** |
| **Truist Financial Corporation<br>P.O. Box 791622<br>Baltimore, MD 21279-1622** | | **Trade Debt** | | | | **$237,150.17** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.**
Name

Case number *(if known)* **26-51113**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Truist Financial Corporation P.O. Box 580050 Charlotte, NC 28258-0050** | | **Trade Debt** | | | | **$105,981.25** |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **39,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **255,328.11** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **294,328.11** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **928,823.42** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **8,610.30** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **2,185,263.80** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **3,122,697.52** |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Truist** | **Checking** | **6121** | **$32,200.08** |
| 3.2. | **Truist** | **Savings** | **2812** | **$1,000.03** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$33,200.11**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(If known)* **26-51113**
Name

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Generic office furniture (including chairs, desks, etc.)** | **$5,000.00** | | **$5,000.00** |
| 40. | **Office fixtures**<br>**General Appliances** | **$800.00** | | **$800.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Various electronics (computers, printers, etc)** | **$1,200.00** | | **$1,200.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$7,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(If known)* **26-51113**
Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. **2024 BMW i4 eDrive40, 28,274 mi** | **$30,878.00** | | **$30,878.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Medical Supplies** | **$3,000.00** | | **$3,000.00** |
| | **Emsculpt Neo Workstation** | **$41,250.00** | | **$41,250.00** |
| | **Emface Workstation** | **$31,250.00** | | **$31,250.00** |
| | **Emsella Workstation** | **$21,250.00** | | **$21,250.00** |
| | **Cartessa Motus AZ+ and Zimmer** | **$21,000.00** | | **$21,000.00** |
| | **Prieme and V30** | **$45,000.00** | | **$45,000.00** |
| | **Samsung V7 Ultrasound System** | **$15,000.00** | | **$15,000.00** |
| | **Boston Scientific IVUS - Diagnostic Tool** | **$2,000.00** | | **$2,000.00** |
| | **Boston Scientific Rotablator - Atherectomy** | **$2,000.00** | | **$2,000.00** |
| | **Boston Scientific - Angiojet - Thrombectomy** | **$2,500.00** | | **$2,500.00** |

51. **Total of Part 8.** **$215,128.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(If known)* **26-51113**
Name

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **1025 North Houston Road Warner Robins, Georgia 31093** | **Leasehold Interest** | **$0.00** | | **$0.00** |
| 55.2. **Zenith 70 C Arm Machine** | | **$39,000.00** | | **$39,000.00** |

56. **Total of Part 9.** **$39,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(If known)* **26-51113**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$33,200.11** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$7,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$215,128.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*.......................................................> | | **$39,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$255,328.11** | **+** 91b. **$39,000.00** |

| | | |
|---|---|---|
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | **$294,328.11** |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Ameris Bank**
Creditor's Name
**575 Anton Blvd. FL 12**
**Costa Mesa, CA 92626**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC on Emsella Workstation (S/N ***8754)**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: **$0.00**
Column B: **$0.00**

---

**2.2 Balboa Capital Corporation**
Creditor's Name
**P.O. Box 844803**
**Los Angeles, CA**
**90084-4803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Emsella Workstation**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$137,660.64**
Column B: **$21,250.00**

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Balboa Capital Corporation**
Creditor's Name
**P.O. Box 844803**
**Los Angeles, CA 90084-4803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Cartessa Motus AZ+ and Zimmer**

**$99,284.98** **$21,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **BMW Bank of North America**
Creditor's Name
**P.O. Box 78066**
**Phoenix, AZ 85062-8066**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**BMW Vehicle**

**$29,496.59** **$30,878.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **C T Corporation System**
Creditor's Name
**o/b/o Middle Georgia Vascular**
**330 N. Brand Blvd., Suite 700**
**Attn. SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment UCC to Unknown Creditor**

**$0.00** **$0.00**

**Describe the lien**

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**Alleged Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

2.6 **MMP Capital, LLC**
Creditor's Name

**19 Engineers Ln.**
**Farmingdale, NY 11735**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC on Emsculpt Neo Workstation (S/N ***4202)**

**$196,092.97** **$41,250.00**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

2.7 **New Lane Finance**
Creditor's Name

**123 S. Broad St.**
**17th Floor**
**Philadelphia, PA 19109**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Prieme and V30**

**$141,629.73** **$45,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**2.8 North Mill Equipment Finance LLC**
Creditor's Name

**601 Merrit 7 - Ste. 5**
**Norwalk, CT 06851**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Emface Workstation**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$196,092.97** **$31,250.00**

---

**2.9 Philips Healthcare**
Creditor's Name

**P.O. Box 100355**
**Atlanta, GA 30384**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Medical Supplies**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$90,094.01** **$0.00**

---

**2.10 Stearns Bank Equipment Finance**
Creditor's Name

**P.O. Box 327**
**Albany, MN 56307-0327**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**UCC on Samsung V7 Ultrasound System**

**Describe the lien**
**Alleged Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**$38,471.53** **$15,000.00**

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$928,823.42**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allison Burkett**<br>**207 Twisted Laurel Lane**<br>**Bonaire, GA 31005**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Wages Payable**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$5,538.56** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Courtney Ates**<br>**3664 Bayne Street**<br>**Macon, GA 31204**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Wages Payable**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$765.00** | **Unknown** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue<br>Compliance Division<br>ARCS - Bankruptcy<br>1800 Century BLVD NE, Suite 9100<br>Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Houston County Tax Commissioner<br>c/o Hon. Mark Kushinka, Tax Commissioner<br>202 Carl Vinson Parkway<br>Warner Robins, GA 31088** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Jennifer Nash<br>115 Thomas Ct<br>Kathleen, GA 31047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$331.74** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Payable** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

2.7 Priority creditor's name and mailing address
**Madison Williams**
**101 Bella Ct**
**Kathleen, GA 31047**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Wages Payable**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8 Priority creditor's name and mailing address
**Michelle Bloodworth**
**403 Wrasling Way**
**Bonaire, GA 31005**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$720.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Wages Payable**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.9 Priority creditor's name and mailing address
**Taylor Phagan**
**101 Azalea Ave**
**Bonaire, GA 31005**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$1,255.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Wages Payable**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Abbott Laboratories**
**22400 Network Pl.**
**Chicago, IL 60673-1224**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**3.2** **Nonpriority creditor's name and mailing address**
**Acutane, Inc.**
**3800 N Lamar Blvd - Ste. 220**
**Austin, TX 78756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Adobe, Inc.**
**c/o Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$239.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**ADT Security**
**P.O. Box 371490**
**Pittsburgh, PA 15250-7490**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$169.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Advanced Wound Care LLC**
**a/k/a WoundGenex**
**550 W Baseline Rd. - Ste. 102-416**
**Mesa, AZ 85210-6031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235,100.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Aflac Incorporated**
**1932 Wynnton Rd.**
**Columbus, GA 31999-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$153.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Airgas USA, LLC**
**P.O. Box 734672**
**Dallas, TX 75373-4672**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$511.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Alexa Internet**
**80 State St.**
**Albany, NY 12207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**3.9** **Nonpriority creditor's name and mailing address**
**Allison B. Burkett**
**207 Twisted Laurel Lane**
**Bonaire, GA 31005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loans and Advances to the Debtor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Amazon.com, Inc.**
**P.O. Box 81226**
**Seattle, WA 98108-1226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**American Vascular Associates**
**3001 Palm Harbor Blvd - Ste. A**
**Palm Harbor, FL 34683**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$272,765.44**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Arrow Exterminators**
**P.O. Box 26178**
**Macon, GA 31221-6178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$88.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Boston Scientific Corporation**
**P.O. Box 786205**
**Philadelphia, PA 19178-6205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$120,027.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Canva US, Inc.**
**3212 E. Cesar Chavez St.**
**Building 1 -Suite 1300**
**Austin, TX 78702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Central Georgia Health Network**
**777 Hemlock St.**
**Msc 98**
**Macon, GA 31201-2102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.16 | **Choice Insurance Services**<br>**615 S. Houston Lake Rd. - Ste. 100**<br>**Warner Robins, GA 31088-9503**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,994.30** |
| 3.17 | **City of Warner Robins**<br>**P.O. Box 8659**<br>**Warner Robins, GA 31095-8659**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$216.00** |
| 3.18 | **City of Warner Robins**<br>**P.O. Box 8659**<br>**Warner Robins, GA 31095-8659**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.19 | **Cloudable LLC**<br>**P.O. Box 911**<br>**Fortson, GA 31808-0911**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.20 | **Cordis US Corp**<br>**P.O. Box 748602**<br>**Atlanta, GA 30374-8602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$228.44** |
| 3.21 | **Core Sound Imaging Inc**<br>**5510 Six Forks Rd. - Ste. 200**<br>**Raleigh, NC 27609-8620**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$433.92** |
| 3.22 | **Cox Communications, Inc**<br>**P.O. Box 919367**<br>**Dallas, TX 75391-9367**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.34** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**3.23** **Nonpriority creditor's name and mailing address**
**Decision HR**
**11101 Roosevelt Blvd. N**
**Saint Petersburg, FL 33716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Discover Credit Card**
**P.O. Box 30939**
**Salt Lake City, UT 84130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,613.21**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.25** **Nonpriority creditor's name and mailing address**
**EClinicalWorks, LLC**
**2 Technology Dr.**
**Westborough, MA 01581-1727**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,483.05**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Every Season Landscaping**
**125 Autumn Woods Dr.**
**Warner Robins, GA 31088-6711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Fire Protection Services, LLC**
**2030 Powers Ferry Rd. - Ste. 100**
**Atlanta, GA 30339**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$220.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Flamingo Medical Services, LLC**
**1025 N. Houston Rd.**
**Warner Robins, GA 31093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,000.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Flint Electric Membership Corporation**
**P.O. Box 70878**
**Charlotte, NC 28272-0878**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt
Is the claim subject to offset? [x] No [ ] Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**3.30** **Nonpriority creditor's name and mailing address**
**Global Payments Inc.**
**3550 Lenox Road**
**Atlanta, GA 30326**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,186.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Globe Life Inc.**
**3700 South Stonebridge Dr.**
**McKinney, TX 75070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Imaging Physics LLC**
**227 Sandy Springs Pl. - Ste. D-300**
**Sandy Springs, GA 30328-5918**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**Inbox Health Corp**
**470 James St. - Ste. 001**
**New Haven, CT 06513**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$737.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Integris Assurance Company**
**P.O. Box 875**
**Brattleboro, VT 05302-0875**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,573.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Intuit Inc.**
**2632 Marine Way**
**MS2700**
**Mountain View, CA 94039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$88.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**LabCorp**
**531 South Spring Street Burlington**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

3.37 **Nonpriority creditor's name and mailing address**
**Martin Snow, LLP**
**4025 Vineville Ave.**
**Macon, GA 31210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Mason Accounting & Consulting Services**
**888 SE 3rd Ave. - Ste. 102**
**Ft Lauderdale, FL 33316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Massachusetts Mutual Life Insurance Comp**
**Box 371368**
**Pittsburgh, PA 15250-7368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$711.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**McKessen Medical Surgical**
**P.O. Box 660266**
**Dallas, TX 75266-0266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**Medline Industries, LP**
**Dept Ch 14400**
**Palatine, IL 60055-4400**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,123.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Medtronic USA Inc**
**P.O. Box 409201**
**Atlanta, GA 30384-9201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,089.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Merit Medical Systems, Inc**
**P.O. Box 204842**
**Dallas, TX 75320-4842**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.44 | **Microsoft Corporation**<br>**One Microsoft Way**<br>**Redmond, WA 98052-6399**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2.00** |
| 3.45 | **Net2Phone Global Services, LLP**<br>**520 Broad St.**<br>**Newark, NJ 07102**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$576.78** |
| 3.46 | **Organogenesis Inc.**<br>**150 Dan Rd.**<br>**Canton, MA 02021**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,094,565.00** |
| 3.47 | **Philips Healthcare**<br>**P.O. Box 100355**<br>**Atlanta, GA 30384**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Warranty on Zenith 70 C Arm Machine<br>Is the claim subject to offset? ■ No ☐ Yes | **$39,060.00** |
| 3.48 | **Philips Medical Capital, LLC**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance on Philips Zenition 70FD12, Philips Lumify, Philips Patient Monitoring Equipment, and Cedarwood Procedure Room Equipment<br>Is the claim subject to offset? ■ No ☐ Yes | **$390.83** |
| 3.49 | **Purcor Pest Solutions**<br>**P.O. Box 600607**<br>**Jacksonville, FL 32260**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| 3.50 | **Reliant Capital Group**<br>**6 Executive Circle - Ste. 250**<br>**Irvine, CA 92614**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$201.08** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.51 | **Robert Zanders**<br>**76 Duke Ln.**<br>**Kathleen, GA 31047**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.52 | **Robins Regional Chamber**<br>**1228 Watson Blvd.**<br>**Warner Robins, GA 31093**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,550.00** |
| 3.53 | **Shred Monster**<br>**P.O. Box 26148**<br>**Macon, GA 31221**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$45.00** |
| 3.54 | **Southeast Physics Associates**<br>**3010 Gadsden St.**<br>**Alpharetta, GA 30022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.00** |
| 3.55 | **Stericycle Inc**<br>**28883 Network Pl.**<br>**Chicago, IL 60673-1288**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$691.77** |
| 3.56 | **Stericycle, Inc.**<br>**2355 Waukegan Rd.**<br>**Bannockbum, IL 60015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$698.74** |
| 3.57 | **Truist Financial Corporation**<br>**P.O. Box 580050**<br>**Charlotte, NC 28258-0050**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$105,981.25** |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**

3.58 **Nonpriority creditor's name and mailing address**
**Truist Financial Corporation**
**P.O. Box 791622**
**Baltimore, MD 21279-1622**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$237,150.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Truist Financial Corporation**
**P.O. Box 791622**
**Baltimore, MD 21279-1622**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,470.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Truist Financial Corporation**
**P.O. Box 791622**
**Baltimore, MD 21279-1622**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**P.O. Box 408**
**Newark, NJ 07101-0408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$294.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**Waystar, Inc.**
**715 Peachtree St. NE - Ste. 900**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$331.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**Xerox Business Solutions**
**P.O. Box 932893**
**Atlanta, GA 31193-2893**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$161.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Zelis Healthcare, LLC**
**2 Crossroads Dr.**
**Bedminster, NJ 07921-1562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$694.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number (if known) **26-51113**
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **8,610.30** |
| **5b. Total claims from Part 2** | 5b. | + | $ **2,185,263.80** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **2,193,874.10** |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease - $7,000.00 monthly** | |
| State the term remaining | **Ending June 30, 2027** | **Flamingo Medical Services, LLC**<br>**1025 N. Houston Rd.**<br>**Warner Robins, GA 31093** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Allison B. Burkett** | **207 Twisted Laurel Lane<br>Bonaire, GA 31005** | **Advanced Wound Care LLC (aka Woundgenex)** | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | **Allison B. Burkett** | **207 Twisted Laurel Lane<br>Bonaire, GA 31005** | **Advanced Wound Care LLC** | ☐ D<br>■ E/F **3.5**<br>☐ G |
| 2.3 | **Allison B. Burkett** | **207 Twisted Laurel Lane<br>Bonaire, GA 31005** | **Balboa Capital Corporation** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.4 | **Allison B. Burkett** | **207 Twisted Laurel Lane<br>Bonaire, GA 31005** | **Ameris Bank** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Allison B. Burkett** | **207 Twisted Laurel Lane<br>Bonaire, GA 31005** | **Balboa Capital Corporation** | ■ D **2.3**<br>☐ E/F<br>☐ G |

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(if known)* **26-51113**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Allison B. Burkett** | **207 Twisted Laurel Lane Bonaire, GA 31005** | **BMW Bank of North America** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.7 | **Allison B. Burkett** | **207 Twisted Laurel Lane Bonaire, GA 31005** | **MMP Capital, LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.8 | **Allison B. Burkett** | **207 Twisted Laurel Lane Bonaire, GA 31005** | **New Lane Finance** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.9 | **Allison B. Burkett** | **207 Twisted Laurel Lane Bonaire, GA 31005** | **North Mill Equipment Finance LLC** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.10 | **Allison B. Burkett** | **207 Twisted Laurel Lane Bonaire, GA 31005** | **Stearns Bank Equipment Finance** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.11 | **Flamingo Medical Services, LLC** | **1025 N. Houston Rd. Warner Robins, GA 31093** | **MMP Capital, LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Middle Georgia Vascular Surgery Center L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) **26-51113**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$567,609.57** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$4,047,753.45** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,072,255.05** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Boston Scientific** | **4/21/2026<br>4/28/2026<br>6/30/2026<br>6/17/2026<br>4/15/2026<br>6/17/2026** | **$42,091.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Decision HR<br>11101 Roosevelt Blvd. N<br>Saint Petersburg, FL 33716** | **5/1/2026<br>5/15/2026<br>5/29/2026<br>6/12/2026<br>6/26/2026<br>4/3/2026<br>4/17/2026** | **$61,844.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll** |
| 3.3. | **Flamingo Medical Services** | **4/1/2026<br>5/1/2026<br>6/1/2026** | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.4. | **Medtronic USA, Inc.** | **4/10/2026<br>5/5/2026<br>6/5/2026** | **$24,823.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **MMP Capital Account Services** | **4/1/2026<br>5/1/2026<br>6/1/2026<br>4/23/2026<br>5/26/2026<br>6/23/2026** | **$16,977.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Machine lease** |
| 3.6. | **North Mill Equipment Finance LLC** | **4/1/2026<br>5/1/2026<br>6/1/2026** | **$15,899.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment Finance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(if known)* **26-51113**

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Flamingo Medical Services**<br><br>**Common ownership** | **7/1/2025**<br>**8/1/2025**<br>**9/2/2025**<br>**10/1/2025**<br>**11/3/2025**<br>**12/1/2025**<br>**1/2/2026**<br>**2/2/2026**<br>**3/2/2026**<br>**4/1/2026**<br>**5/1/2026**<br>**6/1/2026** | **$84,000.00** | **Rent** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Advanced Wound Care, LLC d/b/a Woundgenex v. Middle Georgia Vascular Surgery Center L.L.C., and Allison Burkett, M.D.**<br>**5:26-CV-00207-MTT** | **Contract** | **Middle District of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor **Middle Georgia Vascular Surgery Center L.L.C.** Case number *(if known)* **26-51113**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stone & Baxter, LLP<br>577 Third Street<br>Macon, GA 31201** | **Dr. Burkett paid $7,500.00 on 2/20/26 and $25,000.00 on 6/9/26 f/b/o Dr. Burkett and MGVSC. Of that Dr. Burkett and MGVSC incurred pre-petition fees and costs (including Ch. 11 filing fees) of $18,610.53, leaving $6,500.00 and $7,389.47 in trust for post-petition fees of Dr. Burkett and MGVSC, repectively.** | **2/20/26;<br>6/9/26** | **$32,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Middle Georgia Vascular Surgery Center**<br>**1025 North Houston Road**<br>**Warner Robins, GA 31093** | **MGVSC is a vascular medical practice that treats patients with vascular disease, with a primary focus on vein disease. Vascular imaging and lab work is done in-house, while also providing in-house superficial vein treatments and wound services.** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | **1025 North Houston Road**<br>**Warner Robins, GA 31093**<br><br>**Electronically - EMR is eClinicalWorks** | *Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Legal names, dates of birth, social security numbers, physical addresses, commercial and government health insurance details, and clinical diagnostic records**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Robins Financial** | **XXXX-8354** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/11/2026** | **$12,275.30** |
| 18.2. | **US Bank** | **XXXX-8594** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/11/2026** | **$11,280.09** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **John Murphy**<br>**American Vascular Associates**<br>**3001 Palm Harbor Blvd - Ste. A**<br>**Palm Harbor, FL 34683** | **April 2024 - December 2025** |
| 26a.2. | **Patty Mason**<br>**888 SE 3rd Ave, Suite 502**<br>**Fort Lauderdale, FL 33316** | **January 1, 2026 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **John Murphy**<br>**American Vascular Associates**<br>**3001 Palm Harbor Blvd. - Ste. A**<br>**Palm Harbor, FL 34683** | **April 2024 - December 2025** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Patty Mason**<br>**888 SE 3rd Ave, Suite 502**<br>**Fort Lauderdale, FL 33316** | **January 1, 2026 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **John Murphy**<br>**American Vascular Associates**<br>**3001 Palm Harbor Blvd. - Ste. A**<br>**Palm Harbor, FL 34683** | |
| 26c.2. | **Patty Mason**<br>**888 SE 3rd Ave., Suite 502**<br>**Fort Lauderdale, FL 33316** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Allison B. Burkett** | **207 Twisted Laurel Lane**<br>**Bonaire, GA 31005** | **President/CEO/Member/Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Allison Burkett**<br>**207 Twisted Laurel Lane**<br>**Bonaire, GA 31005** | **$48,000.00 (Distribution)**<br>**$129,615.44 (Salary)** | **Distributions:**<br>**7/11/2025**<br>**7/25/2025**<br>**8/8/2025**<br>**8/22/2025**<br>**9/5/2025**<br>**9/19/2025**<br>**10/3/2025**<br>**10/17/2025**<br>**10/31/2025**<br>**11/14/2025**<br>**11/28/2025**<br>**12/12/2025**<br>**12/26/2025**<br>**1/9/2026**<br>**2/6/2026**<br>**2/20/2026**<br><br>**Salary:**<br>**7/11/2025**<br>**7/25/2025**<br>**8/8/2025**<br>**8/22/2025**<br>**9/5/2025**<br>**9/19/2025**<br>**10/3/2025**<br>**10/17/2025**<br>**10/31/2025**<br>**11/14/2025**<br>**11/28/2025**<br>**12/12/2025**<br>**12/26/2025**<br>**1/9/2026**<br>**1/23/2026**<br>**2/6/2026**<br>**2/20/2026**<br>**4/17/2026**<br>**7/10/2026** | **Distribution and Salary to Sole Owner/Member/CEO/President/Employee** |

**Relationship to debtor**
**Sole Owner/Member/CEO/President/Employee**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **DecisionHR Retirement Savings Plan - Middle Georgia Vascular Surgery Center** | **EIN:** **81-3405917** |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 24, 2026**

**/s/ Allison B. Burkett**
Signature of individual signing on behalf of the debtor

**Allison B. Burkett**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Middle Georgia Vascular Surgery Center L.L.C.** Debtor(s)

Case No. **26-51113**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Dr. Burkett paid $7,500.00 on 2/20/26 and $25,000.00 on 6/9/26 f/b/o Dr. Burkett and MGVSC. Of that Dr. Burkett and MGVSC incurred pre-petition fees and costs (including Ch. 11 filing fees) of $18,610.53, leaving $6,500.00 and $7,389.47 in trust for post-petition fees of Dr. Burkett and MGVSC, repec**

4. The source of compensation to be paid to me is:

☐ Debtor ■ Other (specify): **To be paid by Debtor pursuant to the engagement letter from Stone & baxter, LLP attached to the Application to Employ.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. [List other services that counsel has agreed to provide]
**See engagement letter from Stone & Baxter, LLP attached to the Application to Employ.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**See engagement letter from Stone & Baxter, LLP attached to the Application to Employ.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 24, 2026**
*Date*

**/s/ David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
*Signature of Attorney*
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax: 478-750-9899**
**dbury@stoneandbaxter.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Georgia

In re **Middle Georgia Vascular Surgery Center L.L.C.** Debtor(s)

Case No. **26-51113**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allison B. Burkett**<br>**207 Twisted Laurel Lane**<br>**Bonaire, GA 31005** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 24, 2026**

Signature **/s/ Allison B. Burkett**
**Allison B. Burkett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Georgia

In re **Middle Georgia Vascular Surgery Center L.L.C.** Debtor(s)

Case No. **26-51113**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 24, 2026**

**/s/ Allison B. Burkett**
**Allison B. Burkett**/**Manager**
Signer/Title

Abbott Laboratories
22400 Network Pl.
Chicago IL 60673-1224

Acutane, Inc.
3800 N Lamar Blvd - Ste. 220
Austin TX 78756

Adobe, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington DE 19808

ADT Security
P.O. Box 371490
Pittsburgh PA 15250-7490

Advanced Wound Care LLC
a/k/a WoundGenex
550 W Baseline Rd. - Ste. 102-416
Mesa AZ 85210-6031

Aflac Incorporated
1932 Wynnton Rd.
Columbus GA 31999-0001

Airgas USA, LLC
P.O. Box 734672
Dallas TX 75373-4672

Alexa Internet
80 State St.
Albany NY 12207

Allison B. Burkett
207 Twisted Laurel Lane
Bonaire GA 31005

Allison Burkett
207 Twisted Laurel Lane
Bonaire GA 31005

Amazon.com, Inc.
P.O. Box 81226
Seattle WA 98108-1226

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor FL 34683

Ameris Bank
575 Anton Blvd. FL 12
Costa Mesa CA 92626

Arrow Exterminators
P.O. Box 26178
Macon GA 31221-6178

Balboa Capital Corporation
P.O. Box 844803
Los Angeles CA 90084-4803

BMW Bank of North America
P.O. Box 78066
Phoenix AZ 85062-8066

Boston Scientific Corporation
P.O. Box 786205
Philadelphia PA 19178-6205

C T Corporation System
o/b/o Middle Georgia Vascular
330 N. Brand Blvd., Suite 700
Attn. SPRS
Glendale CA 91203

Canva US, Inc.
3212 E. Cesar Chavez St.
Building 1 -Suite 1300
Austin TX 78702

Central Georgia Health Network
777 Hemlock St.
Msc 98
Macon GA 31201-2102

Choice Insurance Services
615 S. Houston Lake Rd. - Ste. 100
Warner Robins GA 31088-9503

City of Warner Robins
P.O. Box 8659
Warner Robins GA 31095-8659

Cloudable LLC
P.O. Box 911
Fortson GA 31808-0911

Cordis US Corp
P.O. Box 748602
Atlanta GA 30374-8602

Core Sound Imaging Inc
5510 Six Forks Rd. - Ste. 200
Raleigh NC 27609-8620

Courtney Ates
3664 Bayne Street
Macon GA 31204

Cox Communications, Inc
P.O. Box 919367
Dallas TX 75391-9367

Decision HR
11101 Roosevelt Blvd. N
Saint Petersburg FL 33716

Discover Credit Card
P.O. Box 30939
Salt Lake City UT 84130

EClinicalWorks, LLC
2 Technology Dr.
Westborough MA 01581-1727

Every Season Landscaping
125 Autumn Woods Dr.
Warner Robins GA 31088-6711

Fire Protection Services, LLC
2030 Powers Ferry Rd. - Ste. 100
Atlanta GA 30339

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins GA 31093

Flint Electric Membership Corporation
P.O. Box 70878
Charlotte NC 28272-0878

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

Global Payments Inc.
3550 Lenox Road
Atlanta GA 30326

Globe Life Inc.
3700 South Stonebridge Dr.
McKinney TX 75070

Houston County Tax Commissioner
c/o Hon. Mark Kushinka, Tax Commissioner
202 Carl Vinson Parkway
Warner Robins GA 31088

Imaging Physics LLC
227 Sandy Springs Pl. - Ste. D-300
Sandy Springs GA 30328-5918

Inbox Health Corp
470 James St. - Ste. 001
New Haven CT 06513

Integris Assurance Company
P.O. Box 875
Brattleboro VT 05302-0875

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Intuit Inc.
2632 Marine Way
MS2700
Mountain View CA 94039

Jennifer Nash
115 Thomas Ct
Kathleen GA 31047

LabCorp
531 South Spring Street Burlington
Burlington NC 27215

Madison Williams
101 Bella Ct
Kathleen GA 31047

Martin Snow, LLP
4025 Vineville Ave.
Macon GA 31210

Mason Accounting & Consulting Services
888 SE 3rd Ave. - Ste. 102
Ft Lauderdale FL 33316

Massachusetts Mutual Life Insurance Comp
Box 371368
Pittsburgh PA 15250-7368

McKessen Medical Surgical
P.O. Box 660266
Dallas TX 75266-0266

Medline Industries, LP
Dept Ch 14400
Palatine IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta GA 30384-9201

Merit Medical Systems, Inc
P.O. Box 204842
Dallas TX 75320-4842

Michelle Bloodworth
403 Wrasling Way
Bonaire GA 31005

Microsoft Corporation
One Microsoft Way
Redmond WA 98052-6399

MMP Capital, LLC
19 Engineers Ln.
Farmingdale NY 11735

Net2Phone Global Services, LLP
520 Broad St.
Newark NJ 07102

New Lane Finance
123 S. Broad St.
17th Floor
Philadelphia PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne PA 19087

Purcor Pest Solutions
P.O. Box 600607
Jacksonville FL 32260

Reliant Capital Group
6 Executive Circle - Ste. 250
Irvine CA 92614

Robert Zanders
76 Duke Ln.
Kathleen GA 31047

Robins Regional Chamber
1228 Watson Blvd.
Warner Robins GA 31093

Shred Monster
P.O. Box 26148
Macon GA 31221

Southeast Physics Associates
3010 Gadsden St.
Alpharetta GA 30022

Stearns Bank Equipment Finance
P.O. Box 327
Albany MN 56307-0327

Stericycle Inc
28883 Network Pl.
Chicago IL 60673-1288

Stericycle, Inc.
2355 Waukegan Rd.
Bannockbum IL 60015

Taylor Phagan
101 Azalea Ave
Bonaire GA 31005

Truist Financial Corporation
P.O. Box 580050
Charlotte NC 28258-0050

Truist Financial Corporation
P.O. Box 791622
Baltimore MD 21279-1622

Verizon Wireless
P.O. Box 408
Newark NJ 07101-0408

Waystar, Inc.
715 Peachtree St. NE - Ste. 900
Atlanta GA 30308

Xerox Business Solutions
P.O. Box 932893
Atlanta GA 31193-2893

Zelis Healthcare, LLC
2 Crossroads Dr.
Bedminster NJ 07921-1562