**SO ORDERED.**

**SIGNED this 28 day of July, 2026.**

Robert M. Matson

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER ON APPLICATION TO EMPLOY STONE & BAXTER, LLP AS COUNSEL FOR DEBTOR**

This matter is before the Court on the *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (Dkt. 35) (the "**Application**"). No notice or hearing on the Application is necessary. The Application and accompanying Declaration demonstrate that the attorneys of Stone & Baxter, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its bankruptcy estate in the matters on which they are to be engaged, and that this bankruptcy case justifies the employment of a professional for the purposes specified. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §§ 105(a), 327, and 328 and Bankruptcy Rule 2014,

the Application is GRANTED. Debtor is authorized to employ Stone & Baxter, LLP as counsel in this bankruptcy case, effective as of July 1, 2026. It is further

ORDERED that compensation shall be paid to Stone & Baxter, LLP on notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331 of an appropriately-detailed application, to be served on the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals. It is further

ORDERED that Debtor's counsel shall serve this Order on the United States Trustee and the Short List of creditors under the Limit Notice Order within seven (7) business days after entry of the Order. The United States Trustee and all other recipient creditors and parties-in-interest shall have twenty-one (21) days after the service date of the Order plus another three days for mailing (i.e., 24 days after the service date) within which to file a written objection to the entry of this Order, stating the grounds therefor. A copy of any such objection shall be served upon Debtor's counsel, addressed: David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201.

If an objection is filed and served as provided herein, then a hearing on said objection shall be scheduled upon further order. If no objection is filed and served as provided herein, then this Order shall become self-executing, without further hearing or notice.

**END OF DOCUMENT**

**This Order Prepared and Presented By:**
*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *fax*
dbury@stoneandbaxter.com *email*
Counsel for Debtor