**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |
| | : | |

**NOTICE OF HEARING ON MOTION OF DEBTOR FOR AN ORDER DETERMINING THAT APPOINTMENT OF OMBUDSMAN IS NOT NECESSARY**

DEBTOR HAS FILED A MOTION OF DEBTOR FOR AN ORDER DETERMINING THAT APPOINTMENT OF OMBUDSMAN IS NOT NECESSARY (the "**Motion**") (Dkt. 44) on July 23, 2026.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these documents carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one. If you are not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, then a copy of the Motion may be obtained upon written request to counsel for the Debtors or at the Clerk's office.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney shall attend the hearing scheduled to be held on **August 26, 2026 at 10:30 a.m. at the U.S. Bankruptcy Court for the Middle District of Georgia, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.**

**Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.**

This notice is sent by the undersigned pursuant to LBR 9004.

This 29th day of July, 2026.

**STONE & BAXTER, LLP**
By:

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
E. Tate Crymes
Georgia Bar No. 486182
dbury@stoneansbaxter.com
tcrymes@stoneandbaxter.com

Counsel for Debtor

577 Third Street
Macon, Georgia 31201
478.750.9898
478.750.9899 (fax)

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\Ombudsman\NOH for Motion to Avoid Ombudsman.docx