**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served the *Order on Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (Dkt. 47) by depositing same in the United States Mail with proper postage thereon upon all parties on the Short List attached hereto as **Exhibit A**.

This 29th day of July, 2026.

**STONE & BAXTER, LLP**
**By:**
*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

Counsel for Debtor

577 Third Street
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (*fax*)
dbury@stoneandbaxter.com

**Exhibit A**

Advanced Wound Care LLC
a/k/a Wound Genex
550 W Baseline Rd. -Ste. 102-416
Mesa, AZ 85210-6031

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor, FL 34683

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins, GA 31093

Integris Assurance Company
P.O. Box 875
Brattleboro, VT 05302-0875

Martin Snow, LLP
4025 Vineville Ave.
Macon, GA 31210

Medline Industries, LP
Dept Ch 14400
Palatine, IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta, GA 30384-9201

MMP Capital, LLC
19 Engineers Ln.
Farmingdale, NY 11735

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk, CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton, MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

Stearns Bank Equipment Finance
P.O. Box 327
Albany, MN 56307-0327

Truist Financial Corporation
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Financial Corporation
P.O. Box 580050
Charlotte, NC 28258-0050

Robert G. Fenimore
U.S. Trustee
440 Martin Luther King Jr. Blvd, #302
Macon, GA 31201
*Via email & U.S. Mail*

David A. Garland
Stephen A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, Georgia 31708-1727

Clinton Mikel
The Health Law Partners, P.C.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334