**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on this date I served the *Notice of Hearing on Motion of Debtor for an Order Determining that Appointment of Ombudsman is Not Necessary* (Dkt. 49) using the Court's CM/ECF system, which will send a copy of the pleadings to all parties, including the United States Trustee, who have requested electronic notice of pleadings in these cases as follow:

Robert G. Fenimore
U.S. Trustee
robert.g.fenimore@usdoj.gov

David A. Garland
Balboa Capital Corporation
dgarland@mcdr-law.com

Clinton R. Mikel
Advanced Wound Care, LLC, d/b/a WoundGenex
cmikel@thehlp.com

Matthew E. Mills
U.S. Trustee
matthew.e.mills@usdoj.gov

Stephan A. Ray
Balboa Capital Corporation
sray@mcdr-law.com

And by depositing same in the United States Mail with proper postage thereon upon the following parties and upon all parties on the Short List attached hereto as **Exhibit A**:

Georgia Department of Community Health
Attn: Commissioner's Office
2 Martin Luther King Jr. Drive Southeast
East Tower, 18th Floor
Atlanta, Georgia 30334

Georgia Composite Medical Board
2 Martin Luther King Jr. Drive Southeast
East Tower, 11th Floor
Atlanta, Georgia 30334

United States Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue Southwest
Washington, D.C. 20201

This 29th day of July, 2026.

**STONE & BAXTER, LLP**
**By:**
*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

Counsel for Debtor

577 Third Street
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (*fax*)
dbury@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\Ombudsman\COS on NOH for Mtn to Avoid Ombudsman.docx

**Exhibit A**

Advanced Wound Care LLC
a/k/a Wound Genex
550 W Baseline Rd. -Ste. 102-416
Mesa, AZ 85210-6031

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor, FL 34683

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins, GA 31093

Integris Assurance Company
P.O. Box 875
Brattleboro, VT 05302-0875

Martin Snow, LLP
4025 Vineville Ave.
Macon, GA 31210

Medline Industries, LP
Dept Ch 14400
Palatine, IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta, GA 30384-9201

MMP Capital, LLC
19 Engineers Ln.
Farmingdale, NY 11735

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk, CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton, MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

Stearns Bank Equipment Finance
P.O. Box 327
Albany, MN 56307-0327

Truist Financial Corporation
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Financial Corporation
P.O. Box 580050
Charlotte, NC 28258-0050

Robert G. Fenimore
U.S. Trustee
440 Martin Luther King Jr. Blvd, #302
Macon, GA 31201
*Via email & U.S. Mail*

David A. Garland
Stephen A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, Georgia 31708-1727

Clinton Mikel
The Health Law Partners, P.C.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334