**SO ORDERED.**

**SIGNED this 28 day of July, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Chapter 11 Case No. 26-51113-RMM** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER ON APPLICATION TO EMPLOY STONE & BAXTER, LLP AS COUNSEL FOR DEBTOR**

This matter is before the Court on the *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* (Dkt. 35) (the "**Application**"). No notice or hearing on the Application is necessary. The Application and accompanying Declaration demonstrate that the attorneys of Stone & Baxter, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its bankruptcy estate in the matters on which they are to be engaged, and that this bankruptcy case justifies the employment of a professional for the purposes specified. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §§ 105(a), 327, and 328 and Bankruptcy Rule 2014,

the Application is GRANTED. Debtor is authorized to employ Stone & Baxter, LLP as counsel in this bankruptcy case, effective as of July 1, 2026. It is further

ORDERED that compensation shall be paid to Stone & Baxter, LLP on notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331 of an appropriately-detailed application, to be served on the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals. It is further

ORDERED that Debtor's counsel shall serve this Order on the United States Trustee and the Short List of creditors under the Limit Notice Order within seven (7) business days after entry of the Order. The United States Trustee and all other recipient creditors and parties-in-interest shall have twenty-one (21) days after the service date of the Order plus another three days for mailing (i.e., 24 days after the service date) within which to file a written objection to the entry of this Order, stating the grounds therefor. A copy of any such objection shall be served upon Debtor's counsel, addressed: David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201.

If an objection is filed and served as provided herein, then a hearing on said objection shall be scheduled upon further order. If no objection is filed and served as provided herein, then this Order shall become self-executing, without further hearing or notice.

**END OF DOCUMENT**

**This Order Prepared and Presented By:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *fax*
dbury@stoneandbaxter.com *email*
Counsel for Debtor

United States Bankruptcy Court
Middle District of Georgia

In re: Case No. 26-51113-RMM
Middle Georgia Vascular Surgery Center L Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5 User: auto Page 1 of 2
Date Rcvd: Jul 28, 2026 Form ID: pdfntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Middle Georgia Vascular Surgery Center L.L.C., 1025 N. Houston Road, Warner Robins, GA 31093-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clinton R. Mikel | on behalf of Creditor Advanced Wound Care LLC cmikel@thehlp.com |
| David A. Garland | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation dgarland@mcdr-law.com, tlansman@mcdr-law.com |
| David L. Bury, Jr. | on behalf of Debtor Middle Georgia Vascular Surgery Center L.L.C. dbury@stoneandbaxter.com lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com;tnorton@stoneandbaxter.com |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Stephan Alan Ray | on behalf of Creditor Ameris Bank through its division Balboa Capital Corporation sray@mcdr-law.com, tlansman@mcdr-law.com |

Tate Crymes
on behalf of Debtor Middle Georgia Vascular Surgery Center L.L.C. tcrymes@stoneandbaxter.com
lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com

U.S. Trustee - MAC
Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 7