**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,**<br><br>**Debtor.** | **Case No. 26-51113-RMM**<br><br>**Chapter 11** |

**<u>NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS</u>**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned is appearing on behalf of Truist Bank ("Creditor"), a creditor in this case. It is hereby requested as follows:

1. <u>Matrix/Roster</u>. The undersigned requests that an entry be made on the electronic matrix/roster of creditors and interested parties to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. <u>Receipt of Notices</u>. The undersigned requests he be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings appendices, exhibits requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex, or otherwise.

3. <u>No Express or Implied Acceptance of Service</u>. This Notice of Appearance does not give express or implied consent by the undersigned or Womble Bond Dickinson (US) LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. <u>No Waiver of Rights</u>. This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of the Creditor of the following:

a. To have final orders in noncore matters entered only after de novo review by a United States District Judge;

b. To trial by jury in any case or proceeding related to this case;

c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court in any matter; or

d. To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: July 31, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Jason Wyman

Jason Wyman
GA State Bar No. 871980
550 South Main Street, Suite 400
Greenville, SC 29601
Phone: (864) 255-5421
E-mail: Jason.Wyman@wbd-us.com

*Attorneys for Truist Bank*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that a copy of the

NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

was this day served upon the below-named persons, parties, and/or counsel by depositing a copy thereof in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF:

Middle Georgia Vascular Surgery Center L.L.C.
1025 N. Houston Road
Warner Robins, GA 31093

David L. Bury, Jr., Esq.
Tate Crymes, Esq.
Stone & Baxter, LLP
Attorneys for Debtor
*Via CM/ECF*

Robert G. Fenimore, Esq.
U.S. Trustee - MAC
*Via CM/ECF*

Dated: July 31, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Jason Wyman
Jason Wyman
GA State Bar No. 871980
550 South Main Street, Suite 400
Greenville, SC 29601
Phone: (864) 255-5421
E-mail: Jason.Wyman@wbd-us.com

*Attorneys for Truist Bank*