**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | **Chapter 11 Case No. 26-51113-RMM** |
| **Debtor.** | |
| | **Contested Matter** |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | |
| **Movant,** | |
| **vs.** | |
| **TRUIST BANK,** | |
| **Respondent.** | |

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the Final Hearing on the *Motion for Interim and Final Orders (a) Authorizing the Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (b) Requesting an Expedited Interim Hearing Thereon; and (c) Scheduling a Final Hearing on the Valuation and Use of Cash Collateral* (Dkt. No. 3) has been continued to **August 26, 2026, at 10:30 A.M.** at the United States Bankruptcy Court, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.

This 11th day of August, 2026.

**STONE & BAXTER, LLP**
By:
/s/ E. Tate Crymes
E. Tate Crymes
Georgia Bar No. 486182

Counsel for the Debtor

577 Third Street
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com