**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | Chapter 11 |
| | : | Case No. 26-51113-RMM |
| Debtor. | : | |
| | : | Contested Matter |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | |
| Movant, | : | |
| v. | : | |
| **TRUIST BANK,** | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the *Final Order (A) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and (B) Granting Adequate Protection to Truist Bank* (Dkt. 61) by depositing same in the United States Mail with proper postage affixed thereon to ensure delivery upon all parties on the "Short List" attached hereto as **Exhibit A**.

This 27th day of August, 2026.

**STONE & BAXTER, LLP**

**By:**
*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182

Counsel for Debtor

577 Third Street
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (*fax*)
tcrymes@stoneandbaxter.com

**Exhibit A**

Advanced Wound Care LLC
a/k/a Wound Genex
550 W Baseline Rd. -Ste. 102-416
Mesa, AZ 85210-6031

American Vascular Associates
3001 Palm Harbor Blvd - Ste. A
Palm Harbor, FL 34683

Balboa Capital Corporation
P.O. Box 844803
Los Angeles, CA 90084-4803

Boston Scientific Corporation
P.O. Box 786205
Philadelphia, PA 19178-6205

Flamingo Medical Services, LLC
1025 N. Houston Rd.
Warner Robins, GA 31093

Integris Assurance Company
P.O. Box 875
Brattleboro, VT 05302-0875

Martin Snow, LLP
4025 Vineville Ave.
Macon, GA 31210

Medline Industries, LP
Dept Ch 14400
Palatine, IL 60055-4400

Medtronic USA Inc
P.O. Box 409201
Atlanta, GA 30384-9201

MMP Capital, LLC
19 Engineers Ln.
Farmingdale, NY 11735

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

North Mill Equipment Finance LLC
601 Merrit 7 - Ste. 5
Norwalk, CT 06851

Organogenesis Inc.
150 Dan Rd.
Canton, MA 02021

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

Stearns Bank Equipment Finance
P.O. Box 327
Albany, MN 56307-0327

Truist Financial Corporation
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Financial Corporation
P.O. Box 580050
Charlotte, NC 28258-0050

Robert G. Fenimore
U.S. Trustee
440 Martin Luther King Jr. Blvd, #302
Macon, GA 31201

David A. Garland
Stephen A. Ray
Moore, Clarke, DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, GA 31708-1727

Clinton Mikel
The Health Law Partners, P.C.
32000 Northwestern Hwy, Suite 240
Farmington Hills, MI 48334

Jason Wyman
Womble Bond Dickinson(US) LLP
550 South Main Street, Suite 400
Greenville, SC 29601

Amitkumar Sharma
Attn: BMW Bank of North America Dept.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

David L. Bury, Jr.
E. Tate Crymes
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201