**SO ORDERED.**

**SIGNED this 27 day of August, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,** | : | **Case No. 26-51113-RMM** |
| | : | |
| **Debtor.** | : | |

**ORDER ON MOTION OF DEBTOR FOR AN ORDER DETERMINING THAT APPOINTMENT OF OMBUDSMAN IS NOT NECESSARY**

It appears that Middle Georgia Vascular Surgery Center L.L.C. ("**MGVSC**" or "**Debtor**"), filed a Motion of Debtor for an Order Determining that Appointment of Ombudsman is Not Necessary ("**Motion**") referenced as Doc. 44.

The Motion came before the Court on August 26, 2026, at 10:30 a.m. The Debtor and the Office of the United States Trustee attended the hearing. For the reasons announced on the record at the hearing pursuant to Fed.R.Civ.P.52(a)(1) incorporated by Fed.R.Bankr.P. 7052 and

Fed.R.Bankr.P. 9014(c), it is ORDERED as follows:

1. The Motion is granted; and
2. Pursuant to 11 U.S.C. § 333(a)(1), a patient care ombudsman is not necessary according to the specific facts of the case.

**END OF DOCUMENT**

**This Order Prepared and Presented By:**

*/s/ E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*;
tcrymes@stoneandbaxter.com *email*

Counsel for Debtor