IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11, |
| | : | SUBCHAPTER V |
| PATRICK N. NARH-MARLEY, | : | |
| Debtor. | : | CASE NO. 26-51311-AEC |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010, Mallory P. Fleming hereby files her Notice of Appearance in this proceeding on behalf of **Great Oaks Bank**. Pursuant to Federal Rule of Bankruptcy Procedure 2002, Mallory P. Fleming respectfully requests that all notice given or required to be given in this proceeding, whether formal or informal, whether transmitted or conveyed by mail, hand delivery, electronic e-mail, telephone or otherwise be given to and served upon her at the office, postal address, electronic mail address and telephone number set forth below:

Mallory P. Fleming
Martin Snow, LLP
240 Third Street
Post Office Box 1606
Macon, GA 31202
(478) 749-1726
mpfleming@martinsnow.com

This 4th day of September, 2026.

/s/ Mallory P. Fleming
MALLORY P. FLEMING
Georgia State Bar No. 869316
**MARTIN SNOW, LLP**
240 Third Street
P.O. Box 1606
Macon, GA 31202
478-749-1726
mpfleming@martinsnow.com

**CERTIFICATE OF SERVICE**

GEORGIA, BIBB COUNTY

I hereby certify that on September 4, 2026, the foregoing Notice of Appearance and Request for Service of Papers were electronically filed with the clerk of the court using the CM/ECF System which will send notification of such filing to the following:

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Suite 200
Macon, Georgia 31201
wes@boyerterry.com

Jenny Martin Walker – Ch 11 Sub V Trustee
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, Georgia 31202

Robert G. Fenimore
Office of the U.S. Trustee - MAC
Suite 302
440 Martin Luther King Jr. Boulevard
Macon, Georgia 31201

Matthew E. Mills
DOJ-UST
33 Bull Street
Suite 400
Savannah, Georgia 31410

/s/ Mallory P. Fleming
MALLORY P. FLEMING
Georgia State Bar No. 869316
**MARTIN SNOW, LLP**
240 Third Street
P.O. Box 1606
Macon, Georgia 31202-1606
Telephone: (478) 749-1726
Facsimile: (478) 743-4204
mpfleming@martinsnow.com