IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| MIDDLE GEORGIA VASCULAR | : | |
| SURGERY CENTER, L.L.C., | : | |
| Debtor. | : | CASE NO. 26-51113-RMM |
| | : | |
| | : | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010, Mallory P. Fleming hereby files her Notice of Appearance in this proceeding on behalf of **Martin Snow, LLP**. Pursuant to Federal Rule of Bankruptcy Procedure 2002, Mallory P. Fleming respectfully requests that all notice given or required to be given in this proceeding, whether formal or informal, whether transmitted or conveyed by mail, hand delivery, electronic e-mail, telephone or otherwise be given to and served upon her at the office, postal address, electronic mail address and telephone number set forth below:

Mallory P. Fleming
Martin Snow, LLP
240 Third Street
Post Office Box 1606
Macon, GA 31202
(478) 749-1726
mpfleming@martinsnow.com

This 10th day of September, 2026.

/s/ Mallory P. Fleming
MALLORY P. FLEMING
Georgia State Bar No. 869316
**MARTIN SNOW, LLP**
240 Third Street
P.O. Box 1606
Macon, GA 31202
478-749-1726
mpfleming@martinsnow.com

**CERTIFICATE OF SERVICE**

GEORGIA, BIBB COUNTY

I hereby certify that on September 10, 2026, the foregoing Notice of Appearance and Request for Service of Papers were electronically filed with the clerk of the court using the CM/ECF System which will send notification of such filing to the following:

David L. Bury, Jr.
E. Tate Crymes
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201
dbury@stoneandbaxter.com
tcrymes@stoneandbaxter.com

Robert G. Fenimore
Office of the U.S. Trustee - MAC
Suite 302
440 Martin Luther King Jr. Boulevard
Macon, Georgia 31201

/s/ Mallory P. Fleming
MALLORY P. FLEMING
Georgia State Bar No. 869316
**MARTIN SNOW, LLP**
240 Third Street
P.O. Box 1606
Macon, Georgia 31202-1606
Telephone: (478) 749-1726
Facsimile: (478) 743-4204
mpfleming@martinsnow.com