UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C. *
*
* CASE NO. 26-51113-RMM
* CHAPTER 11
Debtor. *

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that James W. Martin does hereby enter this Notice of Appearance as attorney of record for North Mill Equipment Finance, LLC, a creditor in the herein bankruptcy case. This Notice of Appearance is being filed in accordance with Bankruptcy Rule 9010.

James W. Martin hereby requests that all notices given or required to be given in this case be served upon him, as counsel for North Mill Equipment Finance, LLC, to *james@jmartinlawatl.com.*

The Clerk of this Court is requested to place James W. Martin on the master mailing matrix in this case.

Debtor, Debtor's counsel, the Trustee, all creditors, and all other interested parties are hereby requested to serve upon James W. Martin all pleadings, notices, documents, and all other papers filed in the herein bankruptcy case.

This 23rd day of September 2026.

/s/ *James W. Martin*
James W. Martin
Georgia Bar No. 473314
Attorney for North Mill Equipment Finance, LLC

Law Office of James W. Martin, P.C.
2566 Shallowford Rd, Ste. 104-108
Atlanta, GA 30345
(404) 733-7420
*James@jmartinlawatl.com*

UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: MIDDLE GEORGIA VASCULAR
SURGERY CENTER L.L.C. *
*
* CASE NO. 26-51113-RMM
* CHAPTER 11
Debtor. *

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed this NOTICE OF APPEARANCE AND REQUEST FOR NOTICES via the Court's CM/ECF system such that counsel for Debtor, the Trustee, and all parties who have entered an appearance in this case will receive electronic notice, as well as via first class mail to:

Middle Georgia Vascular Surgery Center, L.L.C.
1025 N Houston Road
Warner Robins GA 31093

This 23rd day of September 2026.

*/s/ James W. Martin*
James W. Martin
Georgia Bar No. 473314
Attorney for North Mill Equipment Finance, LLC

Law Office of James W. Martin, P.C.
2566 Shallowford Rd, Ste. 104-108
Atlanta, GA 30345
(404) 733-7420
*James@jmartinlawatl.com*