**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| **MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.** | : | **Case No. 26-51113-RMM** |
| **Debtors.** | : | |

**CERTIFICATE OF NO OBJECTION**

COMES NOW, Stone & Baxter, LLP ("**S&B**"), counsel Middle Georgia Vascular Surgery Center, LLC in the above-referenced Bankruptcy Case, and files this Certificate of No Objection, and shows the Court the following:

1.

In accordance with the Order of this Court Establishing Compensation Procedures For Professionals entered on August 13, 2026 re Dkt. 57 (the "**Compensation Procedure Order**"), S&B served a monthly invoice (the "**Monthly Fee Statement**") on September 17, 2026 for the period of time beginning August 1, 2026 and ending August 31, 2026.

2.

Applicant's Monthly Fee Statement was served upon the proper parties per the Compensation Procedures Order.

3.

As set forth in the Compensation Procedures Order, each party receiving a copy of the Monthly Fee Statement shall have fourteen (14) days after service of the Monthly Fee Statement to file and serve a written objection. The deadline for objections was October 1, 2026. S&B has not received any objections to the Monthly Fee Statement and the records of the Court indicate that the Court has received no objection.

4.

In accordance with the Compensation Procedures Order, the Debtor is authorized to pay the fees and expenses submitted by Applicant in its Monthly Fee Statement as no objections have been filed within the time permitted by the Compensation Procedures Order.

This 2nd day of October, 2026.

**STONE & BAXTER, LLP**
**By:**

/s/ *E. Tate Crymes*
E. Tate Crymes
Georgia Bar No. 486182

*Counsel for Debtor*

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
tcrymes@stoneandbaxter.com

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\Billing\2. August 2026\CONO August 2026.docx

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing pleading using the Court's CM/ECF filing system, which will send a copy of the pleading to all parties, including the United States Trustee, who have requested electronic notice of pleadings in this case.

This 2nd day of October, 2026.

*<u>/s/ E. Tate Crymes</u>*
E. Tate Crymes
Georgia Bar No. 486182

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (Facsimile)
tcrymes@stoneandbaxter.com

Counsel for Debtor