**SO ORDERED.**

**SIGNED this 7 day of October, 2026.**

Robert M. Matson

**Robert M. Matson**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **In Re:**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,**<br><br>**Debtor.** | :<br>:<br>:<br>:<br>:<br>: | **CHAPTER 11 BANKRUPTCY**<br>**CASE NO.: 26-51113-RMM** |
| **AMERIS BANK, THROUGH ITS DIVISION BALBOA CAPITAL CORPORATION,**<br><br>**Movant,**<br><br>**v.**<br><br>**MIDDLE GEORGIA VASCULAR SURGERY CENTER L.L.C.,**<br><br>**Respondent.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CONTESTED MATTER** |

**CONSENT ORDER GRANTING AMERIS BANK'S, THROUGH ITS DIVISION BALBOA CAPITAL CORPORATION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND WAIVER OF 11 U.S.C. § 362(e) RIGHTS**

UPON *Ameris Bank's, through its division Balboa Capital Corporation Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and Waiver of 11 U.S.C. § 362(e) Rights* (Doc. 65) (hereinafter "Motion"), after notice and hearing, the parties hereto having consented to the entry hereof as evidenced by the signatures of their attorneys of record below, and this Court having found sufficient cause for the granting hereof, it is hereby

ORDERED that Ameris Bank's, through its division Balboa Capital Corporation, (hereinafter "Ameris Bank") Motion is hereby granted and the automatic stay is hereby lifted to allow Ameris Bank to repossess and foreclose its interest in the Emsella Workstation (Chair), Serial Number 09900B008754 and 29930B005057 (hereinafter "Workstation"); and it is further

ORDERED that the automatic stay is hereby lifted to allow Ameris Bank to file and prosecute any proceeding necessary to allow Ameris Bank to obtain possession of the Workstation; and it is further

ORDERED that the automatic stay is hereby lifted to allow Ameris Bank to serve all notices necessary to foreclose its security interest in the Workstation; and it is further

ORDERED that Debtor shall surrender possession of the Workstation to Ameris Bank within the later of ten (10) days after this Order is entered or the date and time which Ameris Bank or its agents notifies Debtor through their attorney of a date and time it wishes to recover the Workstation; and it is further

ORDERED that as adequate protection of Ameris Bank's interest in the Motus AZ+ Laser, Serial Number M130A1-QQ224309 (hereinafter "Laser"), Debtor shall pay Ameris Bank monthly adequate protection payments of $723.00 each, beginning on November 1, 2026, and continuing on the first day of each month thereafter until the earlier of the effective date of Debtor's plan of reorganization or the dismissal of the Debtor's case; and it is further

ORDERED that except as to the payment terms of *Equipment Financing Agreement, Agreement No. 445706-000* (hereinafter the "EFA"), Debtor shall strictly comply with each term of the EFA; and it is further

ORDERED that Debtor shall strictly comply with the terms of this Order, and the following procedures and remedies shall apply in the event Debtor fails to strictly comply with each term of this Order:

(a) Ameris Bank shall file an affidavit (hereinafter "Affidavit of Default") stating each fact supporting its contention that Debtor has failed to strictly comply with this Order and shall serve the affidavit in the manner described in subsection (e) below.

(b) On or before ten (10) days after Ameris Bank files its Affidavit of Default, Debtor may: (1) cure the default and file a counter-affidavit with this Court stating each fact describing how Debtor cured the default, or (2) file a counter-affidavit with this Court stating each fact sufficient to prove to the Court that Debtor is not in default of this Order. Debtor shall serve the counter-affidavit in the manner described in subsection (e) below.

(c) If Debtor fails to file and serve a counter-affidavit, in the manner described in subsection (b) above by stating each fact sufficient to prove to the Court that the Debtor is not in default or by stating each fact describing how Debtor cured the default in the time described in subsection (b) above, without further notice or hearing, the Court shall enter an order granting Ameris Bank relief from the automatic stay to allow Ameris Bank to exercise all remedies granted to it by this Order, the EFA, and state and/or federal law with regard to the Laser including, without limitation, foreclosing its interest in the Laser and serving each notice necessary to preserve any deficiency claim which may arise. By consenting to this Order, Debtor hereby waives the fourteen (14) day stay imposed by Bankruptcy Rule 4001(a)(4) as to any order granting relief from the automatic stay entered pursuant to this Order.

(d) In the event Debtor files and serves a counter-affidavit in the manner described in subsection (b) above, this Court shall schedule a hearing in an expedited manner on the earliest available date and time of the Court. At such hearing, the Debtor shall bear the burden of proving by a preponderance of the evidence the averments set forth in the counter-affidavit.

(e) Each Affidavit of Default or counter-affidavit described in this Section shall be served on the same date that it is filed with the Court via CM/ECF, regular mail, or e-mail upon the following:

**DAVID L. BURY, JR.**
**Stone & Baxter, LLP**
**Attorneys for Debtor**
**577 Third Street**
**Macon, Georgia 31201**
**E-mail: dbury@stoneandbaxter.com**

**David A. Garland**
**Moore, Clarke, DuVall & Rodgers, P.C.**
***Attorneys for Ameris Bank, through its***
***division Balboa Capital Corporation***
**2829 Old Dawson Road (31707)**
**P.O. Drawer 71727**
**Albany, Georgia 31708-1727**
**E-mail: dgarland@mcdr-law.com**

and it is further

ORDERED that nothing in this Order shall be construed to prevent Ameris Bank from objecting to Debtor's plan or the confirmation of Debtor's plan.

**END OF DOCUMENT**

**Order Prepared and Consented to by:**

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

*/s/ David A. Garland*
**DAVID A. GARLAND**
Georgia State Bar No.: 005680
*Attorneys for Ameris Bank, through its division Balboa Capital Corporation*
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
Telephone: 229-888-3338
Facsimile: 229-888-1191
E-mail: dgarland@mcdr-law.com

**Order Consented to by:**

**STONE & BAXTER, LLP**

*/s/ David L. Bury, Jr. with express permission*
**DAVID L. BURY, JR.**
Georgia State Bar No.: 133066
*Attorneys for Debtor*
577 Third Street
Macon, Georgia 31201
Telephone: (478)750-9898
Facsimile: (478)750-9899
E-mail: dbury@stoneandbaxter.com