# Supplement to Monthly Operating Report

**Part 5, Question a.**

Professional fees in the amount of $7,300.00 were paid directly to Debtor's counsel (Stone & Baxter, LLP) by Flamingo Medical Services, LLC, an entity commonly owned by the Debtor's principal—Dr. Burkett. This payment was made directly by the affiliate, was not disbursed from the Debtor's operating accounts, and has not been recorded as an intercompany liability or capital contribution on the Debtor's balance sheet.

**Part 7, Question c.**

Yes, please refer to the attached Payments to Insiders Chart filed in connection with Part 7(c) for a detailed listing of all disbursements made to or for the benefit of insiders during the reporting period.

**Part 7, Question f.**

Yes, trust fund taxes are processed, withheld, and remitted on a current basis through the Debtor's Professional Employer Organization, DecisionHR, pursuant to the parties' ongoing administrative service arrangement.

**Balance Sheet**.

As shown on the Debtor's Balance Sheet, Bank Accounts labeled "Checking – Business RFCU," "Pass Through Payroll," "US Bank," and "Truist CK 5733" were closed pre-petition.

G:\CLIENTS\Middle Georgia Vascular Surgery Center, LLC\MGVSC v. Ch. 11\MOR\3 - September 2026\2 - Supplement.docx