Page of 6 09/30/26
CA [redacted] 1 1

TRUIST

999-99-99-99 81077 2 C 001 30 S 66 002
MIDDLE GEORGIA VASCULAR SURGERY CENTER
1025 N HOUSTON RD
WARNER ROBINS GA 31093-1505

# Your consolidated statement

For 09/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS VALUE 500 CHECKING | [redacted]6121 | 63,841.72 | page 1 |
| TRUIST SIMPLE BUSINESS SAVINGS | [redacted]28 2 | ,000.06 | page 5 |
| Total checking and money market savings accounts | | $64,841.78 | |

## Checking and money market savings accounts

### ■ BUSINESS VALUE 500 CHECKING [redacted]6121

**Account summary**

| | |
|---|---|
| Your previous balance as of 08/31/2026 | $31,130.86 |
| Checks | - 5 2. 5 |
| Other withdrawals, debits and service charges | - 82,409.24 |
| Deposits, credits and interest | + 5,652. 5 |
| Your new balance as of 09/30/2026 | = $63,841.72 |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 09/ | 1 69 | 50.00 |
| 09/ 5 | * 975625 | 382.05 |
| Total checks | | = $ 532.05 |

* indicates a skip in sequential check numbers above this item

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/01 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 170729030 | 29.39 |
| 09/01 | TRUIST ONLINE TRANSFER ONLINE TO ****3029 - | 7,000.00 |
| 09/0 | BUS ONLINE ACH SETTLEMENT | 2,000.00 |
| 09/02 | PAYMENTS VERIZON WIRELESS 000 00000000725 33 770000 | 359.32 |
| 09/02 | ACH CORP DEBIT GLOBAL STL GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 87882429770 | 699.15 |
| 09/03 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 7 684008 | .16 |
| 09/04 | ACH CORP DEBIT PAYROLL DECISION HR USA Middle Georgia Vascula CUSTOMER ID 9487 | 14,174.37 |
| 09/04 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 72 35009 | 0.32 |
| 09/08 | EDI PAYMNT MICROSOFT 6041 YXWL Allison Burkett | 2.00 |

*continued*



0032278

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/08 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 172663018 | 5.98 |
| 09/09 | WSOBILLING LIBERTY NATIONAL 4783 MIDDLE GA VASCULAR SUR | 24.92 |
| 09/10 | RECURRING INTERNET PAYMENT QBooks Pay INTUIT * 5887625 | 88.00 |
| 09/11 | DEBIT CARD RECURRING PYMT ADT SECURITY*40221 09-10 WWW.ADT.COM FL 5240 | 567.15 |
| 09/11 | DEBIT CARD PURCHASE MEDTRONIC 09-10 800-349-2795 MN 5240 | 5,220.60 |
| 09/11 | DEBIT CARD PURCHASE STAMPS.COM 09-10 888-434-0055 DC 5240 | 50.00 |
| 09/11 | MMPAY MASSACHUSETTS MU 302926955 | 635.00 |
| 09/14 | DEBIT CARD RECURRING PYMT CANVA* I04993-4796 09-11 CANVA.COM TX 5240 | 60.00 |
| 09/15 | BUS ONLINE ACH SETTLEMENT | 1,800.00 |
| 09/16 | PURCHASE ECLINICALWORKS R-CR Middle Georgia Vascula | 870.83 |
| 09/16 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 176099334 | 3.72 |
| 09/17 | ACH CORP DEBIT INSURANCE MEDMAL DIRCT INS MIDDLE GEORGIA VASCULA CUSTOMER ID 8254580 | 18,504.80 |
| 09/18 | ACH CORP DEBIT PAYROLL DECISION HR USA Middle Georgia Vascula CUSTOMER ID 9487 | 12,223.87 |
| 09/21 | DEBIT CARD PURCHASE HENRY SCHEIN* 09-18 631-843-5000 NY 5240 | 424.66 |
| 09/21 | ACH CORP DEBIT CLOUD PBX NET2PHONE INC MIDDLE *GA CUSTOMER ID 9008502 | 579.13 |
| 09/21 | ACH CORP DEBIT QBooks Onl INTUIT * MIDDLE GEORGIA VASCULA CUSTOMER ID 9440703 | 275.00 |
| 09/21 | INTERNET PAYMENT 8445929782 Waystar, Inc | 355.03 |
| 09/21 | SERVICE CHARGES - PRIOR PERIOD | 15.00 |
| 09/22 | PURCHASE COX COMM MAC GX9h Allison Burkett | 250.34 |
| 09/22 | ACH CORP DEBIT ACHTrans PAY PLUS Default debit account CUSTOMER ID 178068998 | 5.98 |
| 09/22 | BILLPAY LEASE SERVICES CHCC MIDDLE GEORGIA VASCULA | 180.41 |
| 09/23 | INTERNET PAYMENT PURCHASE FlintEnergies 990000246413797 | 696.37 |
| 09/23 | ACH CORP DEBIT ACH MMP CAPITAL DR. ALLISON BURKETT CUSTOMER ID 202404_84084 | 359.32 |
| 09/23 | ACH CORP DEBIT SALE INBOX HEALTH COR ALLISON BURKETT CUSTOMER ID | 626.66 |
| 09/23 | ACH CORP DEBIT SALE INBOX HEALTH COR ALLISON BURKETT CUSTOMER ID | 657.77 |
| 09/24 | DEBIT CARD RECURRING PYMT Stamps.com 09-23 512-8864006 CA 5240 | 41.98 |
| 09/24 | DEBIT CARD PURCHASE STAMPS.COM 09-23 888-434-0055 DC 5240 | 50.00 |
| 09/24 | ACH CORP DEBIT BT0923 BOSTON SCIENTIFI Middle Georgia Vascula CUSTOMER ID 000000367699953 | 8,912.40 |
| 09/25 | ACH CORP DEBIT Collection Shred-it USA LLC Middle Georgia Vascula CUSTOMER ID 000002902245504 | 7.06 |
| 09/28 | ACH CORP DEBIT INSPMTCL THE HARTFORD MIDDLE GEORGIA VASCULA CUSTOMER ID 16273973 | 738.30 |
| 09/28 | BUS ONLINE ACH SETTLEMENT | 1,123.27 |
| 09/28 | BUS ONLINE ACH SETTLEMENT | 2,000.00 |
| 09/29 | INTERNET PAYMENT PURCHASE FlintEnergies 990000246497202 | 629.98 |
| 09/30 | ACH CORP DEBIT COMM LOANS TRUIST 9700610007/0000000004 CUSTOMER ID 1020000528154 | 150.00 |

Total other withdrawals, debits and service charges = $82,409.24

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/01 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3421222742*1581638390\ | 21.15 |
| 09/01 | HCCLAIMPMT DEVOTED HEALTH I MIDDLE GEORGIA VASCULA TRN*1*257325*1932804693\ | 51.82 |
| 09/01 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3421222743*1581638390\ | 66.83 |
| 09/01 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-C8O5U3T0T6S3 | 70.70 |
| 09/01 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813238977*1571062326~ | 82.93 |
| 09/01 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526240627*1000000299*WPSTDEFIC\ | 326.87 |
| 09/01 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*19841763126O829*1582209549\ | 398.40 |
| 09/02 | HCCLAIMPMT PAY PLUS MIDDLE GEORGIA VASCULA TRN*1*956357336*1630343428\ | 47.01 |
| 09/02 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5667091240EA6*1571132733*000000000~ | 74.04 |
| 09/02 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-R4X6Y6M6Q5G2 | 121.58 |
| 09/02 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882623901033793*1066033492\ | 175.49 |
| 09/02 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3421357545*1581638390\ | 496.00 |
| 09/02 | DEPOSIT | 1,142.75 |
| 09/03 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3421487026*1581638390\ | 21.15 |
| 09/03 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 48.00 |
| 09/03 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-F1T1G2A1T8K8 | 79.11 |
| 09/03 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5668517243EA6*1571132733*000000000~ | 128.67 |
| 09/03 | HCCLAIMPMT PAY PLUS MIDDLE GEORGIA VASCULA TRN*1*953728805*1810391256\ | 417.75 |

*continued*

## ■ BUSINESS VALUE 500 CHECKING [redacted]6121 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/03 | HCCLAIMPMT Marketplace MIDDLE GEORGIA VASCULA TRN*1*0934340243*1203174593\ | 4,257.21 |
| 09/04 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526320885*1000000299*WPSTDEFIC\ | 21.15 |
| 09/04 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 118.00 |
| 09/04 | HCCLAIMPMT PAY PLUS MIDDLE GEORGIA VASCULA TRN*1*958682019*1910782008\ | 242.18 |
| 09/08 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 20.00 |
| 09/08 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 25.00 |
| 09/08 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 50.00 |
| 09/08 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-N3N2J6Z4P2Y2 | 54.44 |
| 09/08 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813268198*1571062326~ | 2,092.07 |
| 09/09 | HCCLAIMPMT Clover Health In MIDDLE GEORGIA VASCULA TRN*1*5102990*1310522223*000013285\ | 244.46 |
| 09/09 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*199048661260904*1582209549\ | 1,127.71 |
| 09/09 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*199048662260904*1391263473\ | 1,157.29 |
| 09/09 | HCCLAIMPMT Peach State Heal MIDDLE GEORGIA VASCULA TRN*1*0903325868*1203174593\ | 1,440.78 |
| 09/10 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882624601047932*1066033492\ | 48.49 |
| 09/10 | HCCLAIMPMT AARP Supplementa MIDDLE GEORGIA VASCULA TRN*1*11498145575*1362739571*000036273\ | 59.36 |
| 09/10 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 153.00 |
| 09/10 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526469809*1000000299*WPSTDEFIC\ | 232.14 |
| 09/10 | HCCLAIMPMT AETNA AS01 MIDDLE GEORGIA VASCULA TRN*1*826250000247536*1066033492\ | 299.63 |
| 09/10 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3422089363*1581638390\ | 1,095.27 |
| 09/10 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-W0C7I6T0L8H5 | 1,221.43 |
| 09/11 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 50.00 |
| 09/11 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3422205137*1581638390\ | 136.44 |
| 09/11 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-T0O5Y6D5Z2F8 | 261.25 |
| 09/11 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813291684*1571062326~ | 4,037.78 |
| 09/14 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 154.37 |
| 09/14 | MTOT DEP SYNCHRONY BANK MIDDLE GEORGIA VASCULA CUSTOMER ID 534812028071468 | 553.61 |
| 09/14 | TRUIST ONLINE TRANSFER ONLINE FROM ****3029 - | 13,000.00 |
| 09/15 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882625201025020*1066033492\ | 75.18 |
| 09/15 | HCCLAIMPMT PAY PLUS MIDDLE GEORGIA VASCULA TRN*1*963757467*1582335921\ | 150.76 |
| 09/15 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3422379257*1581638390\ | 275.68 |
| 09/15 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*199891356260912*1582209549\ | 910.01 |
| 09/15 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-Q2N5X3Z2G6T0 | 1,474.45 |
| 09/15 | TRUIST ONLINE TRANSFER ONLINE FROM ****3029 - | 8,331.66 |
| 09/16 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-M1H4E1N2C7B6 | 52.21 |
| 09/16 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*200069245260914*1391263473\ | 127.39 |
| 09/16 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882625401036200*1066033492\ | 334.31 |
| 09/16 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5457522257ER6*1571132733*000000000~ | 1,082.61 |
| 09/17 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5467652258ER6*1571132733*000000000~ | 89.67 |
| 09/17 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882625501029373*1066033492\ | 104.40 |
| 09/17 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 115.00 |
| 09/17 | MTOT DEP SYNCHRONY BANK MIDDLE GEORGIA VASCULA CUSTOMER ID 534812028071468 | 188.20 |
| 09/17 | HCCLAIMPMT EIC COURTNEY KINSEY NP TRN*1*200181116260915*1310935772\ | 196.73 |
| 09/17 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813321617*1571062326~ | 273.45 |
| 09/17 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3422645434*1581638390\ | 594.02 |
| 09/17 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5690992257EA6*1571132733*000000000~ | 812.50 |
| 09/17 | HCCLAIMPMT Marketplace MIDDLE GEORGIA VASCULA TRN*1*0934587153*1203174593\ | 1,139.80 |
| 09/17 | DEPOSIT | 36,430.56 |
| 09/18 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 78.00 |
| 09/18 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*200303275260916*1391263473\ | 97.30 |
| 09/18 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813328831*1571062326~ | 103.33 |
| 09/18 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5695431258EA6*1571132733*000000000~ | 181.00 |

*continued*

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/18 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3422758187*1581638390\ | 345.03 |
| 09/18 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3422758189*1581638390\ | 407.82 |
| 09/18 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-A3D1N4A2Z6Z9 | 612.29 |
| 09/18 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3422758188*1581638390\ | 1,131.77 |
| 09/21 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 10.00 |
| 09/21 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*200412094260917*1391263473\ | 42.05 |
| 09/21 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-Q3D4K3N7X4U7 | 189.60 |
| 09/21 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*59326425*1411289245*000087726\ | 211.88 |
| 09/21 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*200412093260917*1582209549\ | 222.77 |
| 09/21 | HCCLAIMPMT PAY PLUS MIDDLE GEORGIA VASCULA TRN*1*967257108*1753004202\ | 242.18 |
| 09/21 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0024145*1411289245*000087726\ | 257.23 |
| 09/21 | HCCLAIMPMT UNITEDHEALTHCARE MIDDLE GEORGIA VASCULA TRN*1*W371798205*1411289245*000087726\ | 294.93 |
| 09/21 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3422882941*1581638390\ | 534.54 |
| 09/22 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526783970*1000000299*WPSTDEFIC\ | 4.15 |
| 09/22 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*200519155260918*1582209549\ | 14.47 |
| 09/22 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526746534*1000000299*WPSTDEFIC\ | 40.00 |
| 09/22 | HCCLAIMPMT HUMANA GOVERNMEN MIDDLE GEORGIA VASCULA TRN*1*5479451261ER6*1571132733*000000000~ | 51.50 |
| 09/22 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*200634357260919*1391263473\ | 79.06 |
| 09/22 | HCCLAIMPMT EIC COURTNEY KINSEY NP TRN*1*200634356260919*1310935772\ | 87.50 |
| 09/22 | HCCLAIMPMT Optum MIDDLE GEORGIA VASCULA TRN*1*3739690394*1453143218*0000LIFE1\ | 131.14 |
| 09/22 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882625901050963*1066033492\ | 219.10 |
| 09/22 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813339960*1571062326~ | 1,072.73 |
| 09/23 | HCCLAIMPMT PALMETTO GBA MIDDLE GEORGIA VASCULA TRN*1*823313650*1571062326~ | 101.36 |
| 09/23 | HCCLAIMPMT Marketplace MIDDLE GEORGIA VASCULA TRN*1*0934652566*1203174593\ | 138.68 |
| 09/23 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0128458*1411289245*000087726\ | 154.58 |
| 09/23 | HCCLAIMPMT Marketplace MIDDLE GEORGIA VASCULA TRN*1*0934691403*1203174593\ | 171.39 |
| 09/23 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813347421*1571062326~ | 1,409.93 |
| 09/24 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 50.26 |
| 09/24 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0221764*1411289245*000087726\ | 184.30 |
| 09/24 | HCCLAIMPMT GA DEPT OF COMMU MIDDLE GEORGIA VASCULA TRN*1*056355540*1581282972~ | 273.46 |
| 09/24 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813355067*1571062326~ | 4,725.39 |
| 09/25 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526858042*1000000299*WPSTDEFIC\ | 35.00 |
| 09/25 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 75.00 |
| 09/25 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0314153*1411289245*000087726\ | 82.93 |
| 09/25 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3423328796*1581638390\ | 164.17 |
| 09/25 | HCCLAIMPMT HNB - ECHO MIDDLE GEORGIA TRN*1*1266221222*1341858379\ | 303.34 |
| 09/25 | HCCLAIMPMT ANTHEM BLUE GA5C MIDDLE GEORGIA VASCULA TRN*1*3423328795*1581638390\ | 619.73 |
| 09/25 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813362378*1571062326~ | 1,458.39 |
| 09/28 | HCCLAIMPMT AARP Supplementa MIDDLE GEORGIA VASCULA TRN*1*1506984000*1362739571*000036273\ | 21.15 |
| 09/28 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 45.00 |
| 09/28 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526886886*1000000299*WPSTDEFIC\ | 54.65 |
| 09/28 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-P7E1N4R5D0L7 | 67.67 |
| 09/28 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*201000621260924*1582209549\ | 101.36 |
| 09/28 | HCCLAIMPMT DEVOTED HEALTH I MIDDLE GEORGIA VASCULA TRN*1*284524*1932804693\ | 122.49 |
| 09/28 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*201000622260924*1391263473\ | 127.39 |
| 09/28 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 170.00 |
| 09/28 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0333208*1411289245*000087726\ | 1,060.53 |
| 09/28 | HCCLAIMPMT MAC PTB ALGATN MIDDLE GEORGIA VASCULA TRN*1*813369973*1571062326~ | 2,311.63 |
| 09/29 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*201250492260926*1391263473\ | 14.47 |

*continued*

## ▪ BUSINESS VALUE 500 CHECKING [redacted]6121 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/29 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*201348234260927*1391263473\ | 87.50 |
| 09/29 | HCCLAIMPMT WPS-TMEP CONTRAC MIDDLE GEORGIA VASCULA TRN*1*2526924466*1000000299*WPSTDEFIC\ | 509.00 |
| 09/29 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*201118848260925*1582209549\ | 1,127.71 |
| 09/29 | HCCLAIMPMT HEHP GA COURTNEY KINSEY NP TRN*1*201250491260926*1582209549\ | 1,365.00 |
| 09/29 | HCCLAIMPMT AETNA AS01 Middle Georgia Vascula TRN*1*882626601028980*1066033492\ | 2,495.57 |
| 09/30 | GLOBAL DEP GLOBAL PAYMENTS MIDDLE GEORGIA VASCULA CUSTOMER ID 8788242977011 | 50.00 |
| 09/30 | HCCLAIMPMT ANTHEM BLUE GA5F MIDDLE GEORGIA VASCULA TRN*1*3423658598*1581638390\ | 55.00 |
| 09/30 | HCCLAIMPMT CIGNA /MIDDLE GA VASCULAR SU TRN*1*260926090023675*1591031071\ | 73.53 |
| 09/30 | Inbox Heal Inbox Health pat MIDDLE GEORGIA VASCULA CUSTOMER ID ST-F8P4Q8X7S475 | 125.18 |
| 09/30 | HCCLAIMPMT HUMANA INS CO COURTNEY KINSEY NP TRN*1*201464630260928*1391263473\ | 127.39 |
| 09/30 | HCCLAIMPMT UnitedHealthcare MIDDLE GEORGIA VASCULA TRN*1*W0460898*1411289245*000087726\ | 248.75 |
| | Total deposits, credits and interest | = $115,652.15 |

## ▪ TRUIST SIMPLE BUSINESS SAVINGS [redacted]2812

**Account summary**

| | |
|---|---|
| Your previous balance as of 08/31/2026 | $1,000.05 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.01 |
| Your new balance as of 09/30/2026 | = $1,000.06 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.01 |
| 2026 interest paid year-to-date | $0.33 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/30 | INTEREST PAYMENT | 0.01 |
| | Total deposits, credits and interest | = $0.01 |

Effective September 28, 2026, we have revised our Commercial Services Agreement ("CBSA") governing your account and your relationship with Truist Bank. The revised CBSA will be available for you to review at any Truist branch or online at www.truist.com/Advanced-CBSA starting on August 28, 2026. These revisions include those found under Section A (Legal Agreement), Section E (Account Opening), Section F (Account Types), Section G (Account Rules), Section H (Rules Applicable to Certain Accounts), Section H.2 (Non-Interest Bearing Accounts), Section H.3 (Interest Bearing Accounts), Section I (Certificates of Deposit), Section J (Availability of Funds), and Section K (Commercial Funds Transfers) of the CBSA. The revised CBSA will become effective on September 28, 2026. If you do nothing and continue to use or maintain your account on or after September 28, 2026, your continued use or maintaining of the account will be deemed acceptance of the revised CBSA. If you do not accept the revised CBSA, you may close your account at any time before September 28, 2026. If you have questions about the revised CBSA, contact your Relationship Manager, visit your local Truist branch, or call 844-4TRUIST (844-487-8478). **The revised CBSA contains a mutual arbitration agreement providing that you and we agree to submit certain disputes for resolution by a neutral arbitrator on an individual basis and not to sue in court for resolution by a judge or jury (see Section B (Arbitration Agreement)). Read this provision carefully because it has a substantial impact on how such disputes and claims are resolved.**

---

Effective **November 9, 2026**, the Truist Debit Card and ATM fee for transactions conducted at Non Truist Domestic ATMs will be **$3.50**.

The Non-Truist ATM transaction fee is charged per withdrawal, balance inquiry, or transfer when using a Non-Truist Domestic ATM.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The charge may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC



0032280

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, ARTIFICIAL WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 2303ENRMIDGEORGIA** 3 6445 **$382.05**

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

1341/611

MIDDLE GEORGIA VASCULAR SURGERY CENTER
1025 N HOUSTON RD
WARNER ROBINS, GA 31093-1505

**0000975625**

**August 27, 2026**

MEMO: INV 2607MIDGEORGIA

TRUIST BANK
00839 8572677 000851 000851 0001/0001 k000839

Pay THREE HUNDRED EIGHTY TWO AND 05/100 ---------------------------------------- DOLLARS

TO THE ORDER OF
CORE SOUND IMAGING, INC
5510 SIX FORKS RD STE 200
RALEIGH, NC 27609-8620

00839

$ *******382.05

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

920364820

CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD TRUIST BANK
LOCKBOX ID: 896445 SITE: CLT
DEPOSIT DATE: 09-15-2026
10002809084427
BATCH #: 12 SEQ #: 0006

RESERVED FOR FINANCIAL INSTITUTION USE - STAMP OR SIGN BELOW THIS LINE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

10369

0555

**MIDDLE GEORGIA VASCULAR SURGERY CENTER**
1025 N Houston Rd
Warner Robins, GA 31093
(478) 238-5513

TRUIST

64-1341/611

SEPT 9, 2026

PAY TO THE ORDER OF Triple J Lawn Care $ 150.00

One Hundred Fifty — 00/100 DOLLARS

MEMO Invoice# 1025 Landscaping service #1/2

AUTHORIZED SIGNATURE

>261171587< - 0095
626 – 232168784
09/10/2026 - 14:35:17

Georgia Department of Revenue
PO Box 740389
Atlanta GA 30374-0389

RETURN SERVICE REQUESTED

| Page 1 of 1 | |
|---|---|
| Date: | 09/10/2026 |
| Check#: | 2722463093 |
| Payment Amount: | $ 35,994.00 |
| STI/SSN#: | 971630412 |

2767805.2026090381501.00744

744

MIDDLE GEORGIA VASCULAR SURGERY CENTER LLC
1025 N HOUSTON RD
WARNER ROBINS GA 31093-1505

IMPORTANT NOTICE - CAREFULLY REMOVE THIS STUB AT PERFORATION

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

2767805.2026090381501.00744

Georgia Department of Revenue
PO Box 740389
Atlanta GA 30374-0389

64-975/612

Date: 09/10/2026
Check#: 2722463093
STI/SSN#: 971630412

Amount
$***** 35,994.00

Pay Exactly ** Thirty-Five Thousand Nine Hundred Ninety-Four and 00/100 -US Dollars **

VOID AFTER 180 DAYS

Security Details on Back

TO THE ORDER OF MIDDLE GEORGIA VASCULAR SURGERY CENTER LLC

Authorized Signer

WELLS FARGO BANK, N.A.

Memo: Corporate Tax Refund Covering Period(s) 01/01/2025 to 12/31/2025

[redacted]

ENDORSE HERE

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

22113124

22113124

THIS PORTION IS NON-NEGOTIABLE

Document Security Features:

- Toner Retention
- Micro Printing
- Chemically Sensitized Paper
- Artificial Watermark – Hold at angle to view
- Laid Lines

® Padlock design is a certificaiton mark of Check Payments Systems Association

4774_0325 (REV 01)

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC